# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANKENMUTH INSURANCE COMPANY,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No.: **2:24-cv-00613-GMB** |
| **CECIL WAYNE SANFORD,** ) **STONE POINTE BUILDERS, LLC,** ) ) | |
| Defendants. ) | |

## DEFENDANTS' ANSWER TO COMPLAINT FOR DECLARATORY RELIEF

***COME NOW*** the defendants, Cecil Wayne Sanford (hereinafter "Sanford") and Stone Pointe Builders, LLC (hereinafter "Stone Pointe"), by and through their counsel, and file this Answer to plaintiff's Complaint as follows:

1. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

2. Defendant Sanford admits that he is over the age of 19 and a citizen of Tuscaloosa County. To the extent this paragraph seeks a legal conclusion, no response is required.

1

3. Defendants admit that Stone Pointe and Sanford are citizens of the State of Alabama. To the extent this paragraph seeks a legal conclusion, no response is required.

4. Denied.

5. This paragraph contains no allegation against the defendants. To the extent this paragraph was intended to make a claim against the defendants, those claims are denied.

6. To the extent this paragraph seeks a legal conclusion, no response is required.

7. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

8. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

9. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

10. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

11. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

12. Admitted.

13. Denied.

14. Admitted.

15. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

16. Admitted.

17. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

18. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

19. Denied.

20. Denied.

21. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

22. Denied.

23. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

24. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

25. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

26. Denied.

27. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

28. Denied.

29. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

30. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

31. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

32. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

33. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

34. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

35. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

36. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

37. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

38. Admitted.

39. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

40. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

41. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

42. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

43. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

44. Denied.

45. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

46. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

47. Denied.

48. To the extent this paragraph seeks a legal conclusion, no response is required. Otherwise, this paragraph is denied.

49. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

50. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

51. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

52. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

53. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

54. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

55. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

56. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

57. Denied.

58. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

59. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

60. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

61. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

62. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

63. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

64. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

65. Denied.

66. Admitted.

67. Defendants are without information sufficient to admit or deny the a averments of this paragraph so the same is therefore denied.

68. Admitted.

69. Admitted.

70. Defendants are without information sufficient to admit or deny the a averments of this paragraph so the same is therefore denied.

71. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

72. Admitted.

73. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

74. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

75. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

76. Denied.

77. Denied.

78. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

79. Defendants are without information sufficient to admit or deny the a averments of this paragraph so the same is therefore denied.

80. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

81. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

82. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

83. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

84. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

85. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

86. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

87. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

88. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

89. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

90. Admitted.

91. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

92. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

93. Denied.

94. Denied.

95. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

96. Admitted.

97. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

98. Defendants are without information sufficient to admit or deny the a averments of this paragraph so the same is therefore denied.

99. Defendants are without information sufficient to admit or deny the averments of this paragraph so the same is therefore denied.

100. The defendants deny that they refused to sit for an EUO or breached their policy with FIC.

101. To the extent this paragraph seeks a legal conclusion, no response is required. Otherwise, this paragraph is denied.

## DEFENSES

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

The allegations in the Complaint against these Defendants are untrue.

### THIRD DEFENSE

The Plaintiff's claims are barred by collateral estoppel, equitable estoppel and/or judicial estoppel.

### FOURTH DEFENSE

The Plaintiff's claims are not ripe.

## FIFTH DEFENSE

The Defendants pleads insufficiency of process.

## SIXTH DEFENSE

The Defendants pleads insufficiency of service of process.

## SEVENTH DEFENSE

Plaintiff's own actions or inactions caused or contributed to its damages.

## EIGHTH DEFENSE

The Defendants breached no duty owed to the Plaintiff.

## NINETH DEFENSE

Plaintiff has failed to mitigate his damages.

## TENTH DEFENSE

Plaintiff's claims are barred by the doctrines of latches, waiver and estoppel.

## ELEVENTH DEFENSE

The Defendants state the Plaintiff lacks the standing and/or capacity to bring this suit against the Defendants.

## TWELVETH DEFENSE

The Defendants deny the material allegations of the Complaint, both separately and severally, and demand strict proof thereof.

## THIRTEENTH DEFENSE

The Defendants deny that any conduct on their part was the proximate cause of Plaintiff's claimed injuries and damages.

## FOURTEENTH DEFENSE

The Defendants plead and preserve the defenses of acquiescence, accord and satisfaction, and/or res judicata.

## FIFTEENTH DEFENSE

The Defendants plead and preserve the defenses of assumption of risk, failure of consideration, payment, release, and statute of frauds.

## SIXTEENTH DEFENSE

The Defendants are not guilty of the matters and things alleged in the Complaint.

## SEVENTENTH DEFENSE

The Defendants deny that the Plaintiff was injured or harmed in any way by any act or omission of these Defendants or any of their agents.

## EIGHTENTH DEFENSE

The Plaintiff has failed to join necessary and/or indispensable parties.

## NINETEENTH DEFENSE

The Plaintiff is barred by the doctrine of unclean hands in obtaining the affirmative relief sought.

## TWENTY DEFENSE

The Defendants complied with all the requirements of federal and state law regarding any transactions with the Plaintiff.

## TWENTY-ONE DEFENSE

No action by these Defendants was the actual cause of injury to Plaintiff.

## TWENTY-TWO DEFENSE

Any assigned loss or damages is the result of acts or omissions of third parties for which these Defendants are not responsible.

/s/ Derek B. Simms
Derek B. Simms (ASB-5395-s64d)
Attorney for defendants

**OF COUNSEL:**
Simms & Associates
608 37th Street South
Birmingham, Alabama 35222
Ph.: (205) 453-9700
Fax: (205) 708-8570

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document on all counsel of record as listed below by placing a copy thereof in the United States mail, postage prepaid, or by electronically filing through the CM/ECF system, on this the **12th** day of **July 2024.**

**Kori L Clement**
KLASING WILLIAMSON & BURKE, PC
100 Concourse Parkway, Suite 275
Birmingham, AL 35244
email: clem@harelaw.com


          */s/ Derek B. Simms*
          Derek B. Simms