# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **Frankenmuth Insurance Company,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Cecil Wayne Sanford, Stone Pointe** )<br>**Builders, LLC,** )<br>)<br>**Defendants.** )<br>)<br>) | 2:24-cv-00613-LSC |

## ORDER

Before the Court is a Motion to Withdraw submitted by Derek B. Simms, counsel for the Defendants. (Doc. 17.) This Motion is denied for failure to comply with the Court's Uniform Initial Order, specifically Section IV(C) at pg. 9 (Doc. 16).

**DONE** and **ORDERED** on July 19, 2024.

_____
L. Scott Coogler
United States District Judge

215755