FILED

2024 Jul-24  PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **FRANKENMUTH INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:24-cv-00613-GMB** |
| ) | |
| **CECIL WAYNE SANFORD,** ) | |
| **STONE POINTE BUILDERS, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## AMENDED MOTION TO WITHDRAW

**COMES NOW** Derek B. Simms, counsel for the defendants, and files this Amended Motion to Withdraw in the above-styled cause on grounds as follows:

The defendants have breached their contract with counsel. Defense counsel has served a copy of this motion on the defendants and has informed the defendants of their right to promptly file an objection with the court. Future notices to Cecil Wayne Sanford and Stone Pointe Builders, LLC, should be mailed to the following address:

> Cecil Wayne Sanford
> Stone Pointe Builders, LLC
> 5001 JVC Rd
> Cottondale, AL 35405

**WHEREFORE**, **ABOVE PREMISES CONSIDERED**, defense counsel respectfully requests that the relief sought herein be granted.

/s/ Derek B. Simms
Derek B. Simms (ASB-5395-s64d)
Attorney for defendants

**OF COUNSEL:**
Simms & Associates
608 37th Street South
Birmingham, Alabama 35222
Ph.: (205) 453-9700
Fax: (205) 708-8570
derekbsimms@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties below by placing a copy thereof in the United States mail, postage prepaid, or by electronically filing through the CM/ECF system, on this the **23rd** day of **July 2024.**

**Kori L Clement**
KLASING WILLIAMSON & BURKE, PC
100 Concourse Parkway, Suite 275
Birmingham, AL 35244
email: clem@harelaw.com

Cecil Wayne Sanford
Stone Pointe Builders, LLC
5001 JVC Rd
Cottondale, AL 35405

/s/ Derek B. Simms
Derek B. Simms