FILED
2024 Aug-30  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANKENMUTH | ) | |
| INSURANCE COMPANY, | ) | |
| an insurance company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.:** |
| | ) | **2:24-CV-00613-LSC** |
| CECIL WAYNE SANFORD, | ) | |
| STONE POINTE BUILDERS, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

## FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

EXHIBIT A – INSURANCE POLICY

 **Frankenmuth**
INSURANCE

ACCOUNT **700001094739** POLICY **6678615** AGENT **001005**

 **Commercial Policy**

Stone Pointe Builders, LLC
905 Forestdale Blvd
Birmingham, AL 35214-3853

*RENEWAL*
# Declaration

Stone Pointe Builders, LLC
905 Forestdale Blvd
Birmingham, AL 35214-3853

 The Prewitt Group

## (205)933-9207

Thank you for insuring your business with us.

This package includes important coverage details about your Frankenmuth Insurance policy.

Please carefully review and safely file this information for future reference.

**Frankenmuth Insurance provides**

- Loss control and safety expert consultations
- Fast, fair claims service
- Financial stability - rated "A" (Excellent) by A.M. Best
- Peace of mind since 1868

Discover more at www.fmins.com.

**Keep your coverage up to date**

 As your business changes and grows and the value of your property increases, your insurance needs will change as well. Talk to your agent to make sure your assets are covered properly.

**Register your account online**

Take advantage of our online payment option and email delivery system by registering your account at www.fmins.com/register.

**Report or track a claim**

We are always available at 1-800-234-4433 or secure.fmins.com/phs/fileAClaim.aspx.

**Billing services**

Call 1-800-288-6121. Please have your account number available so we can best serve you.

One Mutual Avenue, Frankenmuth, MI 48787-0001

## Policyholder Disclosure
## Notice of Terrorism Insurance Coverage

You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of Terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

UNDER YOUR COVERAGE, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY THE TERRORISM RISK INSURANCE ACT, AS AMENDED IN 2019. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 80% BEGINNING ON JANUARY 1, 2020, OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE.

THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURERS' LIABILITY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES EXCEEDS $100 BILLION IN ANY ONE CALENDAR YEAR. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

**Georgia, Illinois, Maine, North Carolina, Wisconsin:** In these states, a terrorism exclusion makes an exception for, (and thereby provides coverage for,) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism and coverage for such fire losses will be provided in your policy. *If this is a renewal policy, coverage will continue to be provided in your policy.* The additional premium just for such fire coverage is stated below. If you reject the offer described above for terrorism coverage, this premium is due.

*As defined within this Notice, coverage for acts of terrorism may apply to your policy. However, coverage is limited to only those Lines of Business below that are already included within your policy.*

|  | Business Owners | Commercial Property | Commercial Umbrella | General Liability | Inland Marine |
|---|---|---|---|---|---|
| Terrorism coverage is hereby offered for a prospective premium charge of: | $ Waived | $ Waived | $ Waived | $ Waived | $ Waived |

### Rejection of Terrorism Insurance Coverage

|  | Business Owners | Commercial Property | Commercial Umbrella | General Liability | Inland Marine |
|---|---|---|---|---|---|
|  | ☐ | ☐ | ☐ | ☐ | ☐ |

By signing below, I hereby decline to purchase coverage for certified acts of terrorism, as outlined in this Notice.

I understand I will have no coverage for losses resulting from certified acts of terrorism, other than as provided by exception above.

| Policyholder/Applicant's Signature | Print Name | Date |
|---|---|---|

Includes copyrighted material of the National Association of Insurance Commissioners, with its permission.

18191 (12 20)

## Membership Information

**Mutual Insurance Company Conditions:**

The policyholder is a member of the Company and shall participate to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

**Non-Assessable:**

This policy is non-assessible and the premiums designated herein, and in the endorsements attached hereto, are the only premiums for which the insured shall be liable.

**Notice of Annual Meeting:**

The annual meeting of this company shall be held on the last Tuesday in April of each year, at 2:30 o'clock P.M. at its home office in Frankenmuth, Michigan, or in such other place as the Secretary may designate by advertisement and/or notice, duly posted at said office.

President

05671(7-10)

## Witness Clause

In Witness Whereof, the company has caused this policy to be executed and attested, and if required by state law, this policy shall not be valid unless countersigned by duly authorized representatives of the company.

_____
President

_____
Secretary

08826(7-10)

 **Frankenmuth** INSURANCE  *Renewal*

*Commercial Policy*  *Page 1 of 2*

| NAMED INSURED | ACCOUNT NO. | AGENT |
|---|---|---|
| Stone Pointe Builder | 700001094739 | **0010058** |

**NAMED INSURED**
Stone Pointe Builders, LLC
905 Forestdale Blvd
Birmingham, AL 35214-3853

*Renewal*
**Declaration**

**ISSUE DATE**
01/12/2022 at 12:16 AM

**AGENT**
The Prewitt Group
P.O. Box 55088
Birmingham, AL 35205
**Phone:** (205) 933-9207 Agent: 0010058/0010058_27747

**LEGAL ENTITY**
Limited Liability Company

**Insurer:** Frankenmuth Mutual Insurance Company

---

## Summary of Coverages and Premiums

### *Premiums*

*This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment. In return for the payment of the premium, and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy.*

| COVERAGE PARTS | PREVIOUS POLICY NO. | POLICY NO. | POLICY TERM | PREMIUM |
|---|---|---|---|---|
| General Liability | | 6678615 | 02/11/2022 to 02/11/2023 12:01 AM | $7,154 |
| Premium for Terrorism Coverage | | 6678615 | 02/11/2022 to 02/11/2023 12:01 AM | Waived |
| | **Total Annual Premium** | | | $7,154 |

### *Policy Locations*

**1**
903-905-907-909 Forestdale Blvd
Birmingham, AL
Jefferson 35214

---

## Billing Information

**PAYMENT PLAN**   12-Pay
**BILLING METHOD**   Direct Bill - An Account Invoice or Payment Schedule will be mailed to you.

**Payments and credits may be applied to all policies on the same billing account and may be applied from one policy term to another. Payment received for less than the billed amount may be pro-rated to each policy and may result in cancellation of all policies for nonpayment of premium.**

---

## Forms and Endorsements

*The following is a list of the forms and endorsements that make up your policy. Refer to these as needed for detailed information concerning your coverage. Some of these forms were provided when you first purchased your insurance. If you have added new coverages or if the form describing a coverage has changed since you purchased or last renewed your policy, a new copy of the form may be found in this package. An asterisk (\*) indicates a new or updated version is included in this package.*

| TITLE | FORM NUMBER | EDITION DATE |
|---|---|---|
| ***Commercial General Liability Coverage Part*** | | |
| Common Policy Conditions | IL0017 | 11-98\* |
| Commercial General Liability Coverage Form | CG0001 | 04-13\* |

*Renewal*

*Commercial Policy*

*Page 2 of 2*

| NAMED INSURED | ACCOUNT NO. | AGENT |
|---|---|---|
| Stone Pointe Builder | 700001094739 | **0010058** |

| TITLE | FORM NUMBER | EDITION DATE |
|---|---|---|
| Calculation Of Premium | IL0003 | 09-08* |
| Cap On Losses From Certified Acts Of Terrorism | CG2170 | 01-15* |
| Disclosure Pursuant To Terrorism Risk Insurance Act | IL0985 | 12-20* |
| "Your Work" Coverage Extension | 18198 | 11-19* |
| Deductible Liability Insurance | CG0300 | 01-96* |
| Limited Fungi Or Bacteria Coverage | CG2425 | 12-04* |
| Absolute Asbestos Exclusion | 93068 | 01-17* |
| Lead Contamination Exclusion | 96210 | 01-17* |
| Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception | CG2106 | 05-14* |
| Communicable Disease Exclusion | CG2132 | 05-09* |
| Employment - Related Practices Exclusion | CG2147 | 12-07* |
| Exclusion - Exterior Insulation And Finish Systems | CG2186 | 12-04* |
| Silica Or Silica - Related Dust Exclusion | CG2196 | 03-05* |
| Nuclear Energy Liability Exclusion Endorsement | IL0021 | 09-08* |
| Contractors Liability Premier Endorsement | 19263 | 12-20* |
| Contractors Liability Premier Endorsement Schedule Of Coverages | 19264 | 12-20* |



*Renewal*

*Commercial Policy*

*Page 1 of 2*

| NAMED INSURED | POLICY | POLICY TERM | AGENT |
|---|---|---|---|
| Stone Pointe Builder | 6678615 | 02/11/2022 to 02/11/2023 | **0010058** |

## Commercial General Liability Coverage

### Limits of Insurance
**Audit Frequency: Annual**

| COVERAGE | LIMIT |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Damage to Premises Rented to You Limit, Any One Premises | $1,000,000 |
| Medical Expense Limit, Any One Person | $10,000 |
| Personal and Advertising Injury Limit, Any One Person or Organization | $1,000,000 |
| General Aggregate Limit | $2,000,000 |
| Products and Completed Operations Aggregate Limit | $2,000,000 |

### Classification Schedule

| PREMISES | DESCRIPTION AND DETAILS OF CLASSIFICATION | | | | | PREMIUM |
|---|---|---|---|---|---|---|
| 1 | Painting - interior - buildings or structures | | | | | |
| | STATE | TERRITORY | CLASS CODE | DEDUCTIBLE | PREMIUM BASIS | |
| | Premises Operations | | | | | |
| | AL | 501 | 98305 | See Form CG 03 00 | $74,115 Payroll | $806 |
| | Products/Completed Operations | | | | | |
| | AL | 999 | 98305 | See Form CG 03 00 | $74,115 Payroll | $340 |
| 1 | Carpentry-construction of residential property <3 stories in height | | | | | |
| | STATE | TERRITORY | CLASS CODE | DEDUCTIBLE | PREMIUM BASIS | |
| | Premises Operations | | | | | |
| | AL | 501 | 91340 | See Form CG 03 00 | $100,000 Payroll | $1,945 |
| | Products/Completed Operations | | | | | |
| | AL | 999 | 91340 | See Form CG 03 00 | $100,000 Payroll | $1,789 |
| 1 | Contrctrs-sub work connctn w/bldg constrtn,recons,repr,erctn-1,2 family dwelling | | | | | |
| | STATE | TERRITORY | CLASS CODE | DEDUCTIBLE | PREMIUM BASIS | |
| | Premises Operations | | | | | |
| | AL | 501 | 91583 | See Form CG 03 00 | $231,126 Total Cost | $357 |
| | Products/Completed Operations | | | | | |
| | AL | 999 | 91583 | See Form CG 03 00 | $231,126 Total Cost | $767 |
| 1 | Contractors - Executive Supervisors or Executive Superintendents Products-Completed Operations are subject to the General Aggregate Limit | | | | | |
| | STATE | TERRITORY | CLASS CODE | DEDUCTIBLE | PREMIUM BASIS | |
| | Premises Operations | | | | | |
| | AL | 501 | 91580 | See Form CG 03 00 | $18,300 Payroll | $550 |
| ALL | Contractors Liability Premier | | | | See Form 19264 | $600 |

| | |
|---|---|
| *Premises Operations - Total Premium* | $3,658 |
| *Products-Completed Operations - Total Premium* | $2,896 |
| **Contractors Liability Premier** | **$600** |

*Renewal*

*Commercial Policy*                                              *Page 2 of 2*

| NAMED INSURED | POLICY | POLICY TERM | AGENT |
|---|---|---|---|
| Stone Pointe Builder | 6678615 | 02/11/2022 to 02/11/2023 | **0010058** |

## Commercial General Liability Coverage

| | |
|---|---|
| **"Your Work" Coverage Extension - Contractors** | **$0** |
| **Total Commercial General Liability Coverage Premium** | **$7,154** |

87892(01-17)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98                Copyright, Insurance Services Office, Inc., 1998                **Page 1 of 1**

Policy No. 0070015                                                                                        Agent No. 0010058

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012    **CG 00 01 04 13**

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

© Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012
**CG 00 01 04 13**

Policy No. 00100010                                                    Agent No. 00100010

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Policy No. 00700TS                                                                                      Agent No. 00T0005

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012                    CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © Insurance Services Office, Inc., 2012

Policy No. 66780015                                                           Agent No. 00100058

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

   (1) With respect to liability arising out of the maintenance or use of that property; and

   (2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

© Insurance Services Office, Inc., 2012          CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Policy No. 60760T5                                                              Agent No. 0010058

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

#### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

#### b. Excess Insurance

(1) This insurance is excess over:

    (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

        (i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

        (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

        (iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

        (iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

    (b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    (a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    (b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

#### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

### 5. Premium Audit

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

### 6. Representations

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

Policy No. 66/8615                                                          Agent No. 0010058

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

(2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

        **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **(1)** Power cranes, shovels, loaders, diggers or drills; or

        **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        **(2)** Cherry pickers and similar devices used to raise or lower workers;

    **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

      **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

Policy No. 6678615                                                                 Agent No. 0010058

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012
**CG 00 01 04 13**

Policy No. 6678615                                                          Agent No. 0010058

**IL 00 03 09 08**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

.

Policy No. 6678615                                                                    Agent No. 0010058

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

    **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

CG 21 70 01 15                    © Insurance Services Office, Inc., 2015                    **Page 1 of 1**

Policy No. 6678615                                                              Agent No. 0010058

**IL 09 85 12 20**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)    $** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses     80   %** |
| (Refer to Paragraph **B.** in this endorsement.) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**IL 09 85 12 20**              © Insurance Services Office, Inc., 2020              **Page 1 of 2**

Policy No. 66786 15                                                                    Agent No. 0010058

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2020                **IL 09 85 12 20**

Policy No. 6678615                                                                    Agent No. 0010058

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# "YOUR WORK" COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The provisions of this endorsement apply only with respect to "property damage" and "bodily injury" to or resulting from "your work".

**A.** **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement, a.** is extended to include damages which you become legally obligated to pay because of "property damage" that is:

(1) To "your work", if the damaged work, or the work out of which the damage arises, was performed on your behalf by a subcontractor; or

(2) To property other than "your work", if the "property damage" is caused by or results from "your work";

if such "property damage":

(1) Consists of physical injury to tangible property, including loss of use of that property; and

(2) Is included within the "products-completed operations hazard".

For use with this endorsement only, "property damage" shall be deemed to be caused by an "occurrence".

However, we will not pay for:

(1) "Property damage" that was a result of willful, wanton or intentional misconduct; or

(2) "Defective or faulty work".

**B.** **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement, a.** is extended to include damages which you become legally obligated to pay because of "bodily injury" that is caused by or results from "your work" if such "bodily injury" is included within the "products-completed operations hazard".

For use with this endorsement only, "bodily injury" shall be deemed to be caused by an "occurrence".

However, we will not pay for "bodily injury" that was a result of willful, wanton or intentional misconduct.

**C.** All coverage provided by this endorsement is subject to the Commercial General Liability Coverage Part exclusions, terms and conditions.

**D.** The following provision is added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance**

**d.** **Primary or Primary / Noncontributory Insurance**

If coverage provided to any additional insured is required by a written contract or agreement, we will provide coverage to the additional insured on a primary basis without contribution from any other valid and collectible insurance available to the additional insured.

The most we will pay under this insurance on a primary basis without contribution from any other valid and collectible insurance is the amount of insurance required by the written contract or agreement or the Each Occurrence Limit shown in the Commercial General Liability Coverage Part Declarations, whichever is less.

**E.** **SECTION V. – DEFINITIONS is** extended to include the following:

"Defective or faulty work" means work that fails to meet or comply with applicable building code(s), fails to meet or comply with industry standards, is not fit as constructed for its intended use, or does not meet or comply with a contract's plan or specifications. "Defective or faulty work" is not physical injury to tangible property.

**18198 (11 19)**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

Policy No. 6678615                                                                                  Agent No. 0010058

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
|  | PER CLAIM or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR |  |  |
| Property Damage Liability | $ | $ |
| OR |  |  |
| Bodily Injury Liability and/or | $ | $ |
| Property Damage Liability Combined |  |  |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

98305 Painting - interior - buildings or structures
Applies to property damage from spray painting operations $250 per Claim PD Deductible.

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      **(1)** "Bodily injury";

      **(2)** "Property damage"; or

      **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

(1) "Bodily injury";

(2) "Property damage"; or

(3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

1. Our right and duty to defend the insured against any "suits" seeking those damages and

2. Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

        © Copyright, Insurance Services Office, Inc., 1994

Policy No. 6678615

Agent No. 0010058

COMMERCIAL GENERAL LIABILITY
CG 24 25 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Fungi And Bacteria Liability Aggregate Limit     $50,000 |
| --- |

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   **2. Exclusions**

     This insurance does not apply to:

     **a.** "Personal and advertising injury" arising out of a "fungi or bacteria incident".

     **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.** Coverage provided by this insurance for "bodily injury" or "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Liability Aggregate Limit as described in Paragraph **C.** of this endorsement. This provision **B.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**C.** The following are added to **Section III – Limits Of Insurance:**

   **1.** Subject to Paragraphs **2.** and **3.** of Section III – Limits of Insurance, as applicable, the Fungi and Bacteria Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage **A.** for all "bodily injury" or "property damage" and Coverage **C.** for Medical Payments arising out of one or more "fungi or bacteria incidents". This provision **C.1.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

   **2.** Paragraphs **5.**, the Each Occurrence Limit, Paragraph **6.**, the Damage To Premises Rented To You Limit, and Paragraph **7.**, the Medical Expense Limit, of Section III – Limits Of Insurance continue to apply to "bodily injury" or "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi and Bacteria Liability Aggregate Limit.

**D.** The following definitions are added to the **Definitions** Section:

   **1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

   **2.** "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

© ISO Properties, Inc., 2003

Policy No. 6678615                                                          Agent No. 0010058

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

**Absolute Asbestos Exclusion**

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESSOWNERS COVERAGE FORM
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Coverage is not provided for "bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of or in any way related to "asbestos".

The term "asbestos", as used in this exclusion means any type or form of asbestos, including, but not limited to, asbestos, asbestos products, asbestos fibers, asbestos dust and asbestos contained in products or materials.

93068(1-17)

Policy No. 6678615                                                                Agent No. 0010058

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## Lead Contamination Exclusion

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal injury" or "personal and advertising injury" arising out of, resulting from, or in any way caused or contributed to by the actual, alleged or threatened ingestion, inhalation, absorption of, exposure to, or presence of lead in any form emanating from any source; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

   b. Claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

We will not be obligated to investigate, defend or indemnify any insured or any other person or entity claiming any right under this insurance, for the matters excluded in this endorsement.

96210(1-17)

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

Policy No. 6678615                                                                          Agent No. 0010058

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Communicable Disease**

  "Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

  This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

  **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

  **b.** Testing for a communicable disease;

  **c.** Failure to prevent the spread of the disease; or

  **d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Communicable Disease**

  "Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

  This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

  **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

  **b.** Testing for a communicable disease;

  **c.** Failure to prevent the spread of the disease; or

  **d.** Failure to report the disease to authorities.

**CG 21 32 05 09**                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

Policy No. 6678615                                                    Agent No. 0010058

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 12 07                    © ISO Properties, Inc., 2006                    **Page 1 of 1**

Policy No. 6678615                                                      Agent No. 0010058

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

    **1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

    **2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

    **1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

    **2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

    **3.** A reinforced or unreinforced base coat;

    **4.** A finish coat providing surface texture to which color may be added; and

    **5.** Any flashing, caulking or sealant used with the system for any purpose.

Policy No. 6678615

Agent No. 0010058

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CG 21 96 03 05

© ISO Properties, Inc., 2004

Page 1 of 1

Policy No. 6678615                                                                                                    Agent No. 0010058

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

**IL 00 21 09 08**                                    © ISO Properties, Inc., 2007                                    **Page 1 of 2**

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Policy No. 6678615

Agent No. 0010058

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTORS LIABILITY PREMIER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SECTION 1 - ADDITIONAL INSURED COVERAGES

This endorsement is subject to the provisions applying to the Commercial General Liability Coverage form, except as described below.

A. **Section II – Who Is An Insured** is amended to include any person(s) or organization(s) when you and such person(s) or organization(s) have agreed in a written contract or written agreement that such person(s) or organization(s) be added as an additional insured on your policy provided that the written contract or written agreement is:

1. Executed in writing before the beginning of the policy period or during the policy period and

2. Prior to an "occurrence" or offense which this insurance applies.

B. The insurance provided to such additional insured only applies to the extent permitted by law and the insurance afforded to such additional insured will not be broader than that which you are required by the written contract or written agreement to provide for such additional insured.

C. This insurance only applies if the person or organization is not specifically named as an additional insured under any other provision or endorsement of this policy.

D. Any insurance provided to any additional insured does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of their sole negligence or willful misconduct or that of their agents, "employees", or any other representative of the additional insured.

E. With respect to the insurance provided to these additional insureds, the following is added to **Section III – Limits of Insurance**:

The most we will pay on behalf of the additional insured is

1. The amount of insurance required by the contract or agreement; or

2. Available under the applicable Limit of Insurance shown in the Declarations; whichever is less.

This coverage does not increase the applicable Limits of Insurance shown in the Declarations.

F. The insurance coverage provided by this endorsement is limited to:

1. **Broad Form Vendors**

a. Any vendor, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

i. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

ii. Any express warranty unauthorized by you;

iii. Any physical or chemical change in the product made intentionally by the vendor;

iv. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instruction from the manufacturer, and then repackaged in the original container;

v. Any failure to make such inspection, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the sale of the product;

vi. Demonstration, installation, servicing or repair operations, except such operations performed as part of the initial set up at the vendor's premises in connection with the sale of the product;

Policy No. 6678615                                                                                      Agent No. 0010058

vii.   Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient in anything or substance by or for the vendor.

viii.   "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to the exceptions contained in subparagraphs iv or vi; or such inspections, adjustments, test or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

ix.   This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

2.   Any individuals or entities that have **Controlling Interest** in your business, but only with respect to their liability arising out of:

a.   Their financial control of you; or

b.   Premises they own, maintain or control while you lease or occupy these premises. This insurance does not apply to structural alterations, new construction and demolition operations by or for that person or organization.

3.   Any **Co-owners Of Insured** Premises but only with respect to their liability as co-owner of the premises insured by this policy.

4.   Any **Grantor Of Franchise** but only with respect to their liability as grantor of franchise to you.

5.   Any **Grantor Of Licenses** but only with respect to their liability as grantor of licenses to you. Their status as additional insured ends when:

a.   The license granted to you by such person(s) or organization(s) expires; or

b.   Your license is terminated or revoked by such person(s) or organization(s) prior to the expiration of the license as stipulated by the contract or agreement.

6.   **Owners Or Other Interests From Whom Land Has Been Leased** but only with respect to liability arising out of the ownership, maintenance or use of that part of the land leased to you.

However, this insurance does not apply to:

a.   any "occurrence" which takes place after you cease to lease that land.

b.   any structural alterations, new construction or demolition operations performed for, by or on behalf of the additional insured.

7.   Any **Lessor Of Leased Equipment** is any person(s) or organization(s) from whom you lease equipment. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends. With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

8.   **Manager Or Lessors Of Premises**, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you.

This insurance does not apply to:

a.   any "occurrence" which takes place after you cease to be a tenant in that premises, or

b.   for structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s).

9.   **Mortgagee, Assignee Or Receiver** but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance or use of the premises by you.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for the additional insured.

Policy No. 6678615                                                   Agent No. 0010058

10. **State Or Governmental Agency Or Subdivision Or Political Subdivision** however this insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision has issued a permit or authorization. This insurance does not apply to "bodily injury", "property damage", or "personal and advertising" arising out of operations performed for the federal government, state or municipality; or "bodily injury" or "property damage" included within the product-completed operations hazard".

11. **Architect, Engineer Or Surveyor Engaged By You** but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused by, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf in connection with your premises or in the performance of your ongoing operations.

    This insurance does not apply to "bodily injury", "property damage" arising out of the rendering or the failure to render any professional services by or for you; including:

    a. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    b. Supervisory, inspection, architectural or engineering activities.

    This exclusion applies even if the claims against the insured allege negligence or other wrongdoing in the supervision, hiring, employment training, or monitoring of others by this additional insured, if the "occurrence" which caused the "bodily injury" or "property damage' involved the rendering or the failure to render any professional services by or for you.

12. **Architect, Engineer Or Surveyor Not Engaged By You** but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused by, in whole or in part, by

    a. your acts or omissions; or

    b. the acts or omissions of those acting on your behalf in the performance of your ongoing operations performed by you or on your behalf. Such architects, engineers or surveyors, while not engaged by you, are contractually required to be added as an additional insured to your policy.

With respect to the insurance afforded to these additional insureds, the following exclusion applies:

i. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services, including:

    (1) The preparing, approving, or failing to prepare or approve, maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

    (2) Supervisory, inspection or engineering services.

    This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional services.

13. **Concessionaires** trading under your name, but only with respect to their liability as a concessionaire trading under your name.

14. **Owners, Lessees or Contractors – Automatic Status When Required In Construction Agreement Including Other Parties and Products-Completed Operations**

    a. Any person or organization for whom you are performing operations or have performed operations. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage", or "personal and advertising injury"

    b. Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph a. above.

Policy No. 6678615                                                                      Agent No. 0010058

c.  With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

i.  "Bodily Injury", "property damage", or "personal and advertising injury" arising out of the rendering of, or failure to render, any professional architectural, engineering or surveying services, including:

(1)  The preparing, approval, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; or

(2)  Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offence which caused the "personal and advertising injury", involved the rendering or failure to render any professional architectural, engineering, or surveying services.

G.  **Primary and Noncontributory Insurance**

The following is added to the **Other Insurance Condition** and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

1.  the additional insured is a Named Insured under such other insurance, and you have agreed in writing in a contract or agreement that this insurance would be primary; and

2.  would not seek contribution from any other insurance available to the additional insured.

H.  **Waiver Of Transfer Of Rights Of Recovery Against Others To Us**

The following is added to Paragraph 8. **Transfer of Rights of Recovery Against Others To Us of Section IV – Conditions**:

We waive any right of recovery against any person or organization, because of any payment we make under this Coverage Part, to whom the insured has agreement. Such waiver by us applies only to the extent that the insured has waived its right of recovery against such person or organization prior to loss.

### SECTION 2 - COVERAGE EXTENSIONS

This endorsement is subject to the provisions applying to the Commercial General Liability Coverage Form, except as described below.

A.  **BODILY INJURY – EXPANDED DEFINITION ENDORSEMENT**

Under **Section V – Definitions**, the definition of bodily injury is replaced by the following:

Bodily injury means physical injury, sickness or disease sustained by a person, including death, humiliation, shock, mental anguish or mental injury sustained by that person at any time which results as a consequence of the physical injury, sickness or disease.

B.  **PERSONAL AND ADVERTISING INJURY – BROADENED**

1.  Paragraph 14.b. of **Section V -- Definitions** is replaced by the following:

c.  Malicious prosecution or abuse of process

2.  Definition 14 of **Section V -- Definitions** is amended by the addition of the following:

h.  Wrongful discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

(1)  Not the result of acts, policy or procedures, or omissions of:

a)  The insured;

b)  Any executive officer, director, stockholder, partner or member of the insured; or

**19263 12 20**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 4 of 29**

Policy No. 6678615                                                    Agent No. 0010058

    c) anyone acting at the direction of anyone listed in (a) and (b) above done with the intent or the reasonable expectation that such acts or omissions will result in wrongful discrimination or humiliation to another person; and

    (2) Not directly or indirectly related to employment related practices, or the prospective employment or termination of employment or demotion of any personal or person(s) by an insured.

    (3) Not arising out of any "advertisement" by you.

3. Paragraphs 1. and 2. above do not apply if **Coverage B. Personal and Advertising Injury Liability** is excluded either by the provision of the Commercial General Liability Coverage form or by endorsement.

**C. AMENDMENT - AGGREGATE LIMITS OF INSURANCE**

The General Aggregate Limit under **Section III – Limits Of Insurance** applies separately to each of your:

1. Projects away from premises owned by or rented to you; and

2. "Locations" owned by or rented to you.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**D. BORROWED EQUIPMENT**

1. Exclusion j. Damage to Property of **Section I – Coverage A Bodily Injury And Property Damage Liability** is amended as follows:

Paragraph (4) of this exclusion does not apply to "property damage" to borrowed equipment while not being used to perform operations at the job site for damage by aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; sinkhole collapse; smoke; sonic boom; vandalism; vehicles; volcanic action; water damage; weight of ice, snow or sleet; and windstorm.

2. This insurance is excess over any other valid and collectible property insurance (including any deductible portion thereof) available to the insured whether primary, excess, contingent or on any other basis.

**E. DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT**

**Section IV – Commercial General Liability Conditions** is amended by the following:

1. The requirement in condition 2.a. of that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

    a. You, if you are an individual;

    b. A partner, if you are a partnership; or

    c. An executive officer or insurance manager if you are a corporation.

2. The requirement in condition 2.b. that you must see to it that we receive notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is know to:

    a. You, if you are an individual;

    b. A partner, if you are a partnership; or

    c. An executive officer or insurance manager if you are a corporation.

**F. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS**

The following is added to **Section IV – Commercial General Liability Conditions** paragraph 6. Representations:

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under the Coverage Form solely because of such failure. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

This provision does not apply to any known injury or damage which is excluded under any other provision of this policy.

Policy No. 6678615                                                                    Agent No. 0010058

G. **DAMAGE TO PREMISES RENTED TO YOU - EXPANDED COVERAGE**

1. The last paragraph of Paragraph 2., Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

   Exclusions c. through n. do not apply to damage by fire, lightning, explosion, smoke or subsequent damages resulting from such fire, lightning, explosion, smoke or leakage from fire protective systems to premises rented to you or temporarily occupied by you with permission of the owner. The insurance provided by this paragraph is subject to the Limit displayed in the Declarations. This limit will apply to all damage proximately caused by the same event, whether such damage results from fire, lightning, explosion, smoke or leakage from fire protective systems or any combination of the five.

2. The word fire is changed to fire, lightning, explosion, smoke and leakage from fire protective systems where it appears in:

   a. the Limits of Insurance section of the declarations of the Commercial General Liability Coverage form; and

   b. Paragraph 6. of **Section III - Limits of Insurance**; and

   c. The Damage to Premises Rented to You limit in paragraph 6. of **Section III - Limits of Insurance** is replaced by a new Damage to Premises Rented to You and Fire, Lightning, Explosion, Smoke and Leakage from Fire Protective Systems Damage Limit, which will be subject to all of the terms of **Section III - Limits of Insurance**.

3. This new Damage Limit is amount shown in the Declarations for the Damage to Premises Rented to You Limit and is the most we will pay, subject to paragraph 5 of **Section III Limits of Insurance, under Coverage A** for damages because of "property damage" to any one premises, while rented to you or, in the case of damage by fire, lightning, explosion, smoke and leakage from fire protective systems, while rented to you or temporarily occupied by you with permission of the owner.

4. Paragraph 9.a. of the definition of "insured contract" in **Section V – Definitions** is replaced by the following:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke and leakage from fire protective systems or subsequent damages resulting from such fire, lightning, explosion, smoke and leakage from fire protective systems while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

5. This provision G. does not apply if Damage to Premises Rented To You is excluded either by provisions of the Commercial General Liability Coverage Form or by endorsement.

H. **HEALTH CARE SERVICES**

1. The definition of "bodily injury" in **Section V - Definitions** is amended to include injury arising out of the rendering or failure to render medical or paramedical services to persons by any physician, dentist, nurse, emergency medical technician or paramedic who is employed by you to provide such services.

2. **Section II - Who Is An Insured**, paragraph 2.a.(1)(d) does not apply to nurses, emergency medical technicians or paramedics referred to in a. above.

3. **Section I – Coverage A Bodily Injury and Property Damage Liability** Exclusion e. Employer's Liability Paragraph (1) does not apply to injury to the emotions or reputation of a person arising out of the rendering of such services.

4. Health Care Services coverage does not apply if you are engaged in the business or occupation of providing any of the services referred to in 1. above.

I. **MEDICAL PAYMENTS**

1. In paragraph a.(3)(b) of the Insuring Agreement of **Coverage C – Medical Payments (Section I – Coverage)**, one year is changed to three years.

2. Paragraph 2.a., Exclusions, of Coverage C (Section I) is replaced by the following:

   We will not pay expenses for "bodily injury":

   a. To any insured, except volunteer workers who are not paid a fee, salary or other compensation.

Policy No. 6678615                                                                                    Agent No. 0010058

3. The Medical Expense Limit in paragraph 7. of **Section III – Limits of Insurance** is replaced by a new Medical Expense Limit, which will be subject to all the terms of **Section III – Limits of Insurance**. The new Medical Expense Limit is an additional $10,000 in excess of Medical Expense Limit provided by the Coverage Part.

4. This provision I. does not apply if Coverage C. Medial Payments is excluded either by the provisions of the Commercial General Liability Coverage Form or by endorsement.

J. **MOBILE EQUIPMENT**

Under the **Section V - Definitions**, Paragraph f.(1)(a), (b) and (c) of Mobile Equipment does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

K. **NEWLY FORMED OR ACQUIRED ORGANIZATION**

1. In paragraph 3.a. of **Section II -- Who Is An Insured**, 90th day is changed to 180th day.

2. This provision does not apply if coverage for newly formed or acquired organizations is excluded either by the provision of the Commercial General Liability Coverage Form or by an applicable endorsement.

L. **EXTENDED NON-OWNED WATERCRAFT**

Paragraph (2) of Exclusion g. of **Section I – Coverage A Bodily Injury And Property Damage Liability** is deleted and replaced with the following:

A watercraft you do not own that is less than 76 feet long and not being used by you to carry persons or property for a charge.

M. **SUPPLEMENTARY PAYMENTS**

In the Supplementary Payments – Coverages A and B provision:

1. The limit for cost of bail bonds is increased from $250 to $5,000.

2. The limit for loss of earnings is increased from $250 a day to $1,000 a day.

N. **LIBERALIZATION PROVISION**

The following condition is added to **Section IV – Commercial General Liability Conditions**:

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will apply immediately to this policy.

O. **EXTENDED CONTRACTUAL LIABILITY – RAILROAD PROPERTY**

Paragraph 9.f.(1) of **Section V – Definitions**, is deleted in its entirety, expanding indemnification of railroads.

P. **EXTENDED PROPERTY DAMAGE TO ALIENATED PREMISES**

Exclusion j.(2) Damage to Property of **Section I – Coverage A Bodily Injury And Property Damage Liability** is replaced with the following:

Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises and occurred from hazards that were known by you, or should have reasonably been known by you, at the time the property was transferred or abandoned.

Q. **EXPANDED DEFINITION OF POLLUTANTS**

1. Paragraph 15 of **Section V – Definitions**, is replaced with the following:

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

However, carbon monoxide, soot, smoke or other gaseous by-products or particulate directly from incomplete combustion or inadequate ventilation present within a building or structure directly arising from the use and/or operation on any on-premises equipment and/or machinery, including, but not limited to a fireplace, heating ventilation air conditioning, laundry, water heating, and food preparation equipment and/or machinery, constructed, installed or serviced by "you" or on "your" behalf shall not be deemed a "pollutant".

2. The expanded definition of pollutants does not apply if the Total Pollution Exclusion Endorsement is attached to this policy.

Policy No. 6678615

## SECTION 3 - ADDITIONAL COVERAGES

### A. ELECTRONIC DATA LIABILITY

1. Exclusion 2.p. of **Coverage A – Bodily Injury And Property Damage Liability** in Section 1 – Coverages is replaced by the following:

   **2. Exclusions**

   This insurance does not apply to:

   p. Access or Disclosure of Confidential or Personal Information and Data-related Liability Damages arising out of:

      (1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

      (2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

   This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

   However, unless Paragraph (1) above applies, this exclusion does not apply to damages because of "bodily injury".

2. The following is added to Exclusion 2.p. of Coverage A – Bodily injury And Property Damage Liability in Section 1 – Coverage:

   **2. Exclusions**

   This insurance does not apply to:

   **Access Or Disclosure Of Confidential Or Personal Information**

   "Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

3. The following is added to **Section III — Limits Of Insurance**:

   The most we will pay for the sum of all damages covered under the Loss of Electronic Data Liability is displayed in the Schedule of this endorsement. The Annual Aggregate Limit starts with the beginning of the policy period shown in the Declarations. This coverage is excess if there is any other Electronic Data Liability attached to this policy by endorsement.

4. The following definition is added to **Section V - Definitions**:

   "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

5. For the purposes of the coverage provided by this endorsement, Definition 17. in S**ection V — Definitions** Section is replaced by the following:

   "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

   c. Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this coverage, "electronic data" is tangible property.

Policy No. 6678615                                                    Agent No. 0010058

**B. LIMITED COVERAGE FOR DESIGNATED UNMANNED AIRCRAFT**

1. Exclusion 2.g. Aircraft, Auto Or Watercraft under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

   This insurance does not apply to:

   g. Aircraft, Auto or Watercraft

      (1) Unmanned Aircraft

          "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

          This Paragraph g.(1) applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

          This Paragraph g.(1) does not apply to "unmanned aircraft" described in the Schedule, but only with respect to the operation(s) described in the Schedule.

      (2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft

          "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

          This Paragraph g.(2) applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

   This Paragraph g.(2) does not apply to:

      (a) A watercraft while ashore on premises you own or rent;

      (b) A watercraft you do not own that is:

          (i) Less than 26 feet long; and

          (ii) Not being used to carry persons or property for a charge;

      (c) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

      (d) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

      (e) "Bodily injury" or "property damage" arising out of:

          (i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

          (ii) The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

2. The following is added to the **Section III – Limits of Insurance**:

   The most we will pay for the sum of all "bodily injury" and "property damage" damages covered under the Limited Coverage for Designated Unmanned Aircraft is displayed in the Schedule of this endorsement. The Annual Aggregate Limit starts with the beginning of the policy period shown in the Declarations.

3.  The following definition is added to **Section V - Definitions**:

    "Unmanned aircraft" means an aircraft that is not:

    a.  Designed;

    b.  Manufactured; or

    c.  Modified after manufacture;

    to be controlled directly by a person from within or on the aircraft.

**C.  VOLUNTARY PROPERTY DAMAGE EXPENSE COVERAGE**

1.  **Insuring Agreement**

    a.  We will reimburse you for "property damage" claims directly arising from "your work" for a "client".

        The amount of such reimbursement is limited as described in the Limits Of Insurance section. No other obligation or liability to pay sums or perform acts or services is covered.

    b.  This insurance applies only if:

        (1)  "Your work" was performed by you or an "employee" and was done with the express knowledge of the insured;

        (2)  "Your work" was performed during the policy period;

        (3)  You reasonably determine, and "we" agree, that payment in the amount of the "property damage" to the "client" for "your work" is necessary;

        (4)  You have received a notarized notification of a demand for remuneration from the "client" by mail within 90 days after the work was performed.

    c.  This insurance only applies to "property damage" while "your work" is being performed.

    d.  We shall have no duty nor obligation to defend the insured or perform acts or services.

2.  **Exclusions**

    This insurance does not apply to:

    a.  "Your work" performed at any location owned by, rented or leased to the insured;

    b.  Work performed by a subcontractor; or

    c.  Property damage (other than "your work") excluded under Bodily Injury And Property Damage Liability in the Coverages section.

3.  The following is added to the **Section III – Limits of Insurance**:

    The most we will reimburse you for the sum of all damages covered under the Voluntary Property Damage Expense Coverage because of "your work" is displayed in the Schedule of this endorsement. The Annual Aggregate Limit starts with the beginning of the policy period shown in the Declarations. This coverage is excess if there is any other Voluntary Property Damage Expense Coverage attached to this policy by endorsement.

4.  The following condition replaces the **Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition (Section IV – Commercial General Liability Conditions)** for the Voluntary Property Damage Expense Coverage:

    You must notify us as soon as possible of the notification from your "client" of a demand for remuneration for "property damage" resulting from "your work". The notice should include:

    a.  A notarized letter from the "client" of the work deemed necessary to be changed;

    b.  The names and addresses of the affected "clients"

    c.  A written description by you of how, when and where the event occurred; and

    d.  A cancelled check or money order written to the "client".

    "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presences of others.

    At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of the loss claimed. You are required to cooperate with us in the review of the reimbursement.

5.  **Definition:** "Client" means an individual, company or organization with whom you have a written contract or work order for your services for a described premise and have billed for your service.

## D. LIMITED PRODUCT WITHDRAWAL EXPENSE COVERAGE

This coverage is subject to the provisions applying to the Commercial General Liability Coverage Form, except as provided below.

1. **Insuring Agreement**

   a. We will reimburse you for "product withdrawal expenses" incurred by you because of a "product withdrawal" to which this insurance applies.

      The amount of such reimbursement is limited as described in paragraph 3. Limit Of Insurance. No other obligation or liability to pay sums or perform acts or services is covered.

   b. This insurance applies to a "product withdrawal" only if the "product withdrawal" is initiated in the "coverage territory" during the policy period because:

      i. You determine that the "product withdrawal" is necessary; or

      ii. An authorized government entity has ordered you to conduct a "product withdrawal".

   c. We will reimburse "product withdrawal expenses" only if:

      i. The expenses are incurred within one year of the date the "product withdrawal" was initiated;

      ii. The expenses are reported to us within one year of the date the expenses were incurred.

   d. The initiation of a "product withdrawal" will be deemed to have been made only at the earliest of the following times:

      i. When you first announced, in any manner, to the general public, your vendors or to your employees (other than those employees directly involved in making the determination) your decision to conduct or participate in a "product withdrawal". This applies regardless of whether the determination to conduct a "product withdrawal" is made by you or is requested by a third party; or

      ii. When you first received, either orally or in writing, notification of an order from an authorized government entity to conduct a "product withdrawal".

   e. "Product withdrawal expenses" incurred to withdraw "your products" which contain the same or substantially similar "defects" will be deemed to have arisen out of the same "product withdrawal".

   f. With respect to products of which "your product" is a component part, we will only reimburse you the amount to replace, repair or repurchase "your product".

2. **Exclusions**

   This insurance does not apply to "product withdrawal expenses" arising out of:

   a. **Breach Of Warranty And Failure To Conform To Intended Purpose**

      Any "product withdrawal" initiated due to the failure of "your products" to accomplish their intended purpose, including any breach of warranty of fitness, whether written or implied. This exclusion does not apply if such failure has caused or is reasonably expected to cause "bodily injury" or physical damage to tangible property other than "your product".

   b. **Infringement Of Copyright, Patent, Trade Secret, Trade Dress Or Trademark**

      Any "product withdrawal" initiated due to copyright, patent, trade secret, trade dress or trademark infringements.

   c. **Deterioration, Decomposition Or Chemical Transformation**

      Any "product withdrawal" initiated due to the transformation of a chemical nature, deterioration or decomposition of "your product". This exclusion does not apply if it is caused by:

      i. An error in manufacturing, design, or processing;

      ii. Transportation of "your product"; or

      iii. "Product tampering".

   d. **Goodwill, Market Share, Revenue, Profit Or Redesign**

      The costs of regaining goodwill, market share, revenue or "profit" or the costs of redesigning "your product".

   e. **Expiration Of Shelf Life**

      Any "product withdrawal" initiated due to expiration of the designated shelf life of "your product".

Policy No. 6678615                                                                      Agent No. 0010058

f. **Known Defect**

A "product withdrawal" initiated due to a "defect" in "your product" known to exist by the Named Insured or the Named Insured's "executive officers", prior to the date when this Limited Product Withdrawal Expense Coverage was first issued to you or prior to the time "your product" leaves your control or possession.

g. **Governmental Ban**

A recall when "your product" or a component contained within "your product" has been:

i. Banned from the market by an authorized government entity prior to the policy period; or

ii. Distributed or sold by you subsequent to any governmental ban.

h. **Defense Of Claim**

The defense of a claim or "suit" against you for liability arising out of a "product withdrawal".

i. **Third-party Damages, Fines And Penalties**

Any compensatory damages, fines, penalties, punitive or exemplary or other non-compensatory damages imposed upon the insured.

j. **Pollution-related Expenses**

Any loss, cost or expense due to any:

i. Request, demand, order, statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

ii. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

3. **Limit of Insurance**

a. The Aggregate Limit of Insurance shown in the Schedule of Limits and the rules below fix the most we will pay regardless of the number of:

i. Insureds;

ii. "Product withdrawals" initiated;

iii. Number of "your products" withdrawn;

b. **Deductible And Participation Percentage Provisions**

i. **Deductible**

We will only pay for the amount of:

(1) "Product withdrawal expenses" which are in excess of the deductible amount, shown in the Schedule of Limits of this endorsement. The deductible applies separately to each "product withdrawal". The limits of insurance will not be reduced by the amount of this deductible.

(2) We may, or will if required by law, pay all or any part of any deductible amount, if applicable. Upon notice of our payment of a deductible amount, you shall promptly reimburse us for the part of the deductible amount we paid.

ii. **Participation Percentage**

You agree to participate in the payment of "product withdrawal expenses" which are in excess of the deductible, to the extent of the Participation Percentage indicated in the Schedule of Limits of this endorsement. The Participation Percentage applies separately to each "product withdrawal". You also agree that the cost of your participation in the loss will be borne entirely by you when due and you will not obtain insurance to cover it The Limit of Insurance of this Coverage applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

Policy No. 6678615                                                                    Agent No. 0010058

4.  **Product Withdrawal Conditions**

a.  **Duties In The Event Of A Product Withdrawal**

    i.  You must see to it that we are notified as soon as practicable of any actual, suspected or threatened "defect" in "your product", or any governmental investigation, that may result in a "product withdrawal" or a claim. To the extent possible, notice should include:

        (1)  How, when and where the "defect" was discovered;

        (2)  The names and addresses of any injured persons and witnesses; and

        (3)  The nature, location and circumstances of any injury or damage arising out of use or consumption of "your product".

    ii. If a "product withdrawal" is initiated, you must:

        (1)  Immediately record the specifics of the "product withdrawal" and the date it was initiated; and

        (2)  Notify us as soon as practicable. You must see to it that we receive written notice of the "product withdrawal" as soon as practicable.

    iii. You must promptly take all reasonable steps to mitigate the expenses associated with a "product withdrawal". Any "profit" that you receive from mitigating the expenses will be deducted from the amount of reimbursement that you will receive for "product withdrawal expenses".

    iv. You and any other involved insured must:

        (1)  Immediately send us copies of pertinent correspondence received in connection with the "product withdrawal";

        (2)  Authorize us to obtain records and other information; and

        (3)  Cooperate with us in our investigation of the "property withdrawal".

b.  **Concealment Or Fraud**

    We will not provide coverage for "product withdrawal expense" to you, or any other insured, who at any time:

    i.  Engaged in fraudulent conduct; or

    ii. Intentionally concealed or misrepresented a material fact concerning a "product withdrawal" or "product withdrawal expenses" incurred by you.

c.  **Other Insurance**

    This coverage is excess if there is any other Limited Product Withdrawal Expense Coverage attached to this policy by endorsement.

5.  The following definitions are added to **Section V - Definition:**

a.  "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

b.  "Defect" means a defect, deficiency or inadequacy that creates a dangerous condition.

c.  "Product tampering" is an act of intentional alteration of "your product" which has caused or is reasonably expected to cause "bodily injury" or physical injury to tangible property other than "your product". When "product tampering" is known, suspected or threatened, a "product withdrawal" will be limited to those batches of "your product" which are known or suspected to have been tampered with. For the purposes of this insurance, electronic data is not tangible property.

For the purposes of this insurance, electronic data is not tangible property.

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, hard or floppy disks, CD- ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

d.  "Product withdrawal" means the recall or withdrawal:

    i.  From the market; or

Policy No. 6678615                                                                Agent No. 0010058

ii. From use by any other person or organization; of "your products", or products which contain "your products", because of known or suspected "defects" in "your product", or known or suspected "product tampering", which has caused or is reasonably expected to cause "bodily injury" or physical injury to tangible property other than "your product".

For the purposes of this insurance, electronic data is not tangible property.

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, hard or floppy disks, CD- ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

e. "Product withdrawal expenses" means those reasonable and necessary extra expenses, listed below, paid and directly related to a "product withdrawal":

i. Cost of replacing "your product", repairing the "defect" in "your product" or repurchasing "your product" for your initial purchase price, whichever is less;

ii. Costs of notification;

iii. Costs of stationery, envelopes, production of announcements and postage or facsimiles;

iv. Costs of overtime paid to regular non-salaried employees and costs incurred by such employees, including costs of transportation and accommodations;

v. Costs of computer time;

vi. Costs of hiring independent contractors and other temporary employees;

vii. Costs of transportation, shipping or packaging;

viii. Costs of warehouse or storage space; or

ix. Costs of proper disposal of "your products", or products that contain "your products", that cannot be reused, not exceeding your initial purchase price or your cost to produce the products.

f. "Profit" means the positive gain from business operation after subtracting for all expenses.

g. "Your product" means:

i. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

ii. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

E. **EMPLOYEE BENEFITS LIABILITY COVERAGE**

This endorsement is subject to the provisions applying to the Commercial General Liability Coverage Form, except as provided below.

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

i. The amount we will pay for damages is limited as described in Paragraph 5. (**Section III – Limits Of Insurance**); and

ii. Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

Policy No. 6678615                                                                      Agent No. 0010058

b. This insurance applies to damages only if the act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

2. **Exclusions**

This insurance does not apply to:

a. **Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. **Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

c. **3rd Party Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

d. **Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. **Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

i. Failure of any investment to perform;

ii. Errors in providing information on past performance of investment vehicles; or

iii. Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. **Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. **ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. **Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. **Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. **Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

3. For the purposes of the coverage provided by this endorsement all references to Supplementary Payments – Coverages A and B are replaced by Supplementary Payments – Coverages A, B and Employee Benefits Liability.

4. For the purposes of the coverage provided by this endorsement, Paragraphs 2. and 3. of **Section II – Who Is An Insured** are replaced by the following:

a. Each of the following is also an insured:

i. Each of your "employees" who is or was authorized to administer your "employee benefit program".

ii. Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

iii. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

Policy No. 6678615                                                                                                      Agent No. 0010058

b. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

    i. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

    ii. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

5. **Limits of Insurance**

For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

a. The Limits of Insurance shown in the Schedule of Limits and the rules below is the most we will pay regardless of the number of:

    i. Insureds;

    ii. "Claims" made or "suits" brought;

    iii. Persons or organizations making "claims" or bringing "suits";

    iv. Acts, errors or omissions; or

    v. Benefits included in your "employee benefit program".

b. The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

c. Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

    i. An act, error or omission; or

    ii. A series of related acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program". The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached.

6. **Deductible**

a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

c. The terms of this insurance, including those with respect to:

    i. Our right and duty to defend any "suits" seeking those damages; and

    ii. Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim" apply irrespective of the application of the deductible amount.

d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

7. For the purposes of the coverage provided by this endorsement, Conditions 2. and 4. of **Section IV – Commercial General Liability Conditions** are replaced by the following:

a. **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

i. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

ii. If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable. You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

iii. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

iv. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

b. **Other Insurance**

This coverage is excess if there is any other Employee Benefit Liability attached to this policy by endorsement.

8. For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Section V - Definitions**:

a. "Administration" means:

i. Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

ii. Handling records in connection with the "employee benefit program"; or

iii. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program". However, "administration" does not include handling payroll deductions.

b. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

c. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

d. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

i. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

Policy No. 6678615                    Agent No. 0010058

ii. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

iii. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

iv. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies.

9. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in **Section V - Definitions** Section are replaced by the following:

a. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

b. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

i. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

ii. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

## SECTION 4 – OPTIONAL COVERAGES

If shown as included in the Schedule of Coverages, the following Optional Coverage may also apply. These coverages are subject to the terms, exclusions and conditions applicable to the Commercial General Liability Coverage and this endorsement.

**A. HIRED AND NON-OWNED AUTO LIABILITY COVERAGE**

1. Insurance is provided only for these coverages, but only if you do not have any other insurance available to you which affords the same or similar coverage.

a. **Hired Auto Liability**

The insurance provided under **Section I – Coverage A Bodily Injury and Property Damage Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business for the limits provided in the Schedule of Limits of this endorsement.

b. **Non-owned Auto Liability**

The insurance provided under **Section I - Coverage A Bodily Injury and Property Damage Liability** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person for the limits provided in the Schedule of Limits of this endorsement.

2. With respect to the insurance provided by this endorsement: Subparagraphs c., e., g., h., j., k., l., m., and n. of paragraph 2. **Exclusions of Section I - Coverage A Bodily Injury and Property Damage Liability** are replaced by the following:

This insurance does not apply to:

a. **"Bodily injury":**

i. To an "employee" of the insured arising out of and in the course of employment by the insured or performing the duties related to the conduct of the insured business or

ii. To the spouse, child, parent, brother or sister of that "employee" as a consequence of 1.a.(1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

(1) Liability assumed by the insured under an "insured contract"; or

Policy No. 6678615

Agent No. 0010058

(2) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

b. **"Property damage"** to:

i. Property owned or being transported by, or rented or loaned to the insured; or

ii. Property in the care, custody or control of the insured.

3. **Section II – Who is an Insured** is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below.

a. You;

b. Any other person using a "hired auto" with your permission;

c. With respect to a "non-owned auto", any partner or "executive officer" of yours, any "employee" of yours; but only while such "non-owned auto" is being used in your business; and

d. Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under a., b., or c. above.

None of the following is an insured:

e. Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-"employee" of such person injured in the course of employment or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

f. Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

g. Any person while employed in or otherwise engaged in duties in connection with an "auto business" including an "auto business" you operate.

h. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

i. Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

4. **Section III – Limits of Insurance** Paragraph 2.b. is replaced by the following:

a. Damages under Coverage A and Coverage B, except damages because of:

i. Injury and damage included in the "products-completed operations hazard"; or

(1) "Bodily injury" or "property damage" arising out of the:

(2) Maintenance or use of a "hired auto" by you or your "employee" in the course of your business; or

(3) Use of any "non-owned auto" in your business by any person other than you.

5. **Definitions**

a. The following additional definitions apply:

i. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

b. Paragraph 9. "Insured contract" is changed by the addition of the following:

ii. "Insured contract" means the part of any contract or agreement entered into as part of your business, by you or any of your employees pertaining to the rental or lease of any "auto".

iii. Does not include that part of any contract or agreement:

(1) That pertains to the loan, lease or rental of an "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver; or

(2) That holds a person or organization, engaged in the business of transporting property by "auto" for hire, harmless for your use of a covered "auto" over a route or territory that that person or organization is authorized to serve by public authority.

Policy No. 6678615                                      Agent No. 0010058

c.  "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

d.  "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow that is used in connection with your business. This includes any "auto" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs.

**B.  LIMITED WORK SITE POLLUTION LIABILITY**

The following is added to **Section I – Coverages:**

**COVERAGE D – LIMITED WORK SITE POLLUTION LIABILITY**

1.  **Insuring Agreement**

a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" or "clean-up costs" because of "environmental damage" which directly results from physical injury to tangible property to which this insurance applies. We have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "pollution incident" and settle any claim or "suit" that may result. But:

i.  The amount we will pay for damages and "clean-up costs" is limited as described in **Section III – Limits of Insurance** of this endorsement; and

ii. Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments, settlements, or "clean-up costs".

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b.  This insurance applies to "bodily injury", "property damage" and "environmental damage" that arises out of a "pollution incident";

i.  On or from "your work site" in the "coverage territory";

ii. That occurs during the policy period;

iii. That is demonstratable as beginning and ending within 72 hours; and

iv. That is sudden and accidental.

2.  **Exclusions**

The insurance provided by this endorsement does not apply to:

a.  **Expected or Intended**
"Bodily injury"," property damage" or "environmental damage" expected or intended from the standpoint of the insured.

b.  **Contractual Liability**
"Bodily injury"," property damage" or "environmental damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

c.  **Workers' Compensation and Similar Laws**
Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

d.  **Bodily Injury to Employees**
"Bodily injury" to

i.  employees of the insured arising out of and in the course of employment by the insured; or performing duties related to the conduct of the insured's business;

ii. The spouse, child, parent, brother or sister of that employee as a consequence of i. above.

This exclusion applies whether or not the insured may be liable as an employer, or in any other capacity; and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

e.  **Damage to Property or Environment**
"Property damage" or "environmental damage" to:

i.  A "waste facility";

Policy No. 6678615                                                              Agent No. 0010058

ii. Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

iii. Premises you sell give away or abandon, if the "environmental damage" arises out of any part of those premises;

iv. Property loaned to you; or

v. Personal property in the care, custody or control of the insured.

f. **Products-Completed Operations Hazard**

"Bodily injury"," property damage" or "environmental damage" included in the "products-completed operations hazard" and arising out of an emission, discharge, release or escape which originates away from insured's jobsite.

g. **Offshore Facility**

"Bodily injury"," property damage" or "environmental damage" arising out of the ownership or operation of any offshore facility as defined in the Outer Continental Shelf Lands Act Amendment of 1978 or the Clean Water Act of 1977 as amended in 1978 or any deep-water port as defined in the Deepwater Port Act of 1974 as amended or as may be amended.

h. **Closed Waste Sites**

"Bodily injury"," property damage" or "environmental damage" arising out of a "pollution incident" from an insured's jobsite or any part of the insured's jobsite that was used by you for the storage, disposal, processing or treatment of waste materials and was:

i. Sealed off, closed, abandoned or alienated prior to the inception of this coverage; or

ii. Sealed off or closed subject to statute, ordinance or governmental regulation or directive requiring maintenance or monitoring during or after sealing off or closure.

i. **Aircraft, Auto, Rolling Stock or Watercraft**

"Bodily injury"," property damage" or "environmental damage" arising out of:

i. the ownership, maintenance, use or entrustment to others of any aircraft, "auto", rolling stock or watercraft owned or operated by or rented or loaned to any insured. User includes operations and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "pollution incident" which caused the "bodily injury", "property damage" or "environmental damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto", rolling stock or watercraft that is owned or operated by or rented or loaned to any insured.

ii. The transportation of "mobile equipment" by an "auto" owned, or operated by or rented or loaned to any insured; or

iii. The use of "mobile equipment" in or while in practices or preparation for, a prearranged racing, speed, or demolish contest or in an any stunting activity.

iv. This endorsement does not apply to "bodily injury", "property damage" or "environmental damage" arising out of the operation of any of the equipment listed in paragraph f. (2) and f. (3) of "Mobile equipment", paragraph 12 in **SECTION V – DEFINITIONS**.

j. **Wells**

"Bodily injury"," property damage" or "environmental damage" arising out of the emission, discharge, release or escape of drilling fluid, oil, gas or other fluids from any oil, gas, mineral, water or geothermal well.

Policy No. 6678615                                                          Agent No. 0010058

k. **Failure To Comply With Environmental Laws**

"Bodily injury"," property damage" or "environmental damage" arising out of a "pollution incident" which results from or is directly or indirectly attributable to failure to comply with any applicable statute, regulation, ordinance, directive or order relating to the protection of the environment and promulgated by any governmental body, provided that failure to comply is a willful or deliberate act or omission of:

i. The insured; or

ii. You or any of your members, managers, partners or "executive officers".

l. **Acid Rain**

"Bodily injury"," property damage" or "environmental damage" arising out of acid rain.

m. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CDROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

n. **Underground Storage Tanks**

"Bodily injury"," property damage" or "environmental damage" arising out of the emission, discharge, release or escape of "pollutants" from an underground storage tank, pipes and or pumps. This includes underground storage tanks, pipes and pumps below the lowest building level or beneath ground outside of a building or structure.

o. **Pollutants**

"Bodily injury"," property damage" or "environmental damage" on or from any of "your work sites", on which any insured or any contractor or subcontractor working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are not brought on or to "your work site" by such insured, contractor, or subcontractor.

3. **Supplementary Payments**

For the purposes of the coverage provided by this endorsement all references to Supplementary Payments – Coverages A and B are replaced by Supplementary Payments – Coverages A, B and D.

4. **Limits of Insurance**

For the purposes of the coverage provided by this endorsement, **Section III – Limits of Insurance** is replaced by the following:

a. The Limits Of Insurance shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

i. Insureds;

ii. Claims made or "suits" brought;

iii. Persons or organizations making claims or bringing "suits"; or

iv. Governmental actions taken with respect to "clean-up costs".

b. The Aggregate Limit is the most we will pay for the sum of all "bodily injury", "property damage", and all "clean-up costs" incurred because of "environmental damages".

c. Subject to the Limited Work Site Pollution Liability Aggregate Limit, the Each Occurrence Limit displayed on the Schedule of Coverages is the most we will pay for all "bodily injury", "property damage", and all "clean-up costs" incurred because of "environmental damages".

d. Limits of Insurance for this coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached.

5. **Deductible**

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible stated in the Schedule. The limit of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount stated in the Schedule applies to all damages.

   c. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

6. **Other Insurance**

   Paragraph 4. of **SECTION IV – CONDITIONS** is amended as follows:

   All references to Coverages A or B are amended to read Coverages A, B, or D.

7. **Definitions**

   The following definitions are added to **SECTION V – DEFINITIONS:**

   a. "Clean-up costs" means expenses to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize "pollutants".

   b. "Environmental damage" means the injurious presence of "pollutants" in or upon land, the atmosphere, or any water course or body of water.

   c. "Pollution Incident" means the actual or alleged emission, discharge, release, or escape of "pollutants" from "your work site" provided that such emission, discharge, release, or escape results in "environmental damage". All "bodily injury", "property damage" and "environmental damage" arising out of one emission, discharge, release, or escape shall be deemed to be one "pollution incident".

   d. "Waste facility" means any site to which waste from the operations of "your work site" is legally consigned for delivery or delivered for storage, disposal, processing or treatment, provide that such site is not and never was owned by, rented or loaned to you.

e. "Your work site" means any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are working. "Your work site" does not include any premises, site or location which current is or was, at the time you or any contractors or subcontractors working directly or indirectly on your behalf were working on such premises, site or location, owned or occupied by or rented or loaned to you.

**C. CONTRACTORS ERRORS AND OMISSIONS LIABILITY COVERAGE**

Notice: This insurance coverage is provided on a claims-made basis. Coverage is limited to liability for damages for which "claims" are first made against the insured while this insurance is active. Please read the entire coverage provision carefully.

1. **Insuring Agreement**

   a. We will pay on behalf of the insured all sums the insured must pay as damages for faulty workmanship, material, design or products. The damages must have resulted from the insured's error, omission or negligent act while acting in your business capacity as described in the Schedule of this endorsement or from a defect in material, or in a product sold or installed by the insured while acting in this capacity.

   b. We have the right and duty to defend any suit asking for these damages. However, we have no duty to defend suits for damages not covered by this endorsement. We may investigate and settle any claim or suit as we consider appropriate.

   c. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under 3. Supplemental Payments of this coverage. However:

      i. We will pay with respect to any claims we settle, or any suit against the insured we defend, "defense expense" incurred by us, or by the insured with our consent; and

      ii. Payments of "defense expense" are included in the Limit of Insurance shown in the Schedule and described in 5. Limits of Insurance.

2. **Exclusions**

We will not pay for any claim resulting from:

a. **Asbestos and Lead**

Damages arising out of, attributable to, or in any way related to asbestos, or lead, in any form or transmitted in any manner.

b. **Bankruptcy**

Damages arising out of your insolvency or bankruptcy.

c. **Bodily Injury, Personal and Advertising Injury, and Property Damage**

i. "Bodily injury", "personal injury and advertising injury", or

ii. "Property damage" to property other than "your product", "your work" or "impaired property".

d. **Bridges and Dams**

Activities in connection with bridges exceeding 150 feet in length, or dams.

e. **Contractual**

Liability of others assumed by the insured by agreement under any contract, whether oral or in writing, unless such liability would have attached to the insured even in the absence of such agreement.

f. **Delay**

Any delay or failure to complete a contract or project, or to complete a contract or project on time.

g. **Electronic Data**

Damage arising out of the loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data".

h. **Estimates, Financing and Legal Work**

Loss because of an error or omission;

i. In the preparation of estimate of probable job costs, or cost estimates being exceeded; estimate of profit or return on capital;

ii. On advising or failure to advise on financing of the work or project; and

iii. In advising or failure to advise on any legal work, title checks, form of insurance; or suretyship.

i. **Intellectual Property**

Damages which arise out of infringement of copyright or trademark or patent, unfair competition or piracy, or theft or wrongful taking of concepts or intellectual property.

j. **Intentional Injury**

Dishonest, fraudulent, criminal or malicious acts intentionally committed by the named insured or by any partner or "executive officer" or at the direction of any of these parties. Also, any injury which is expected or intended by the insured, including damages of a greater degree or result than expected or intended.

k. **Manufacturers' warranties**

Express manufacturer's warranties or guarantees.

l. **Non-compensatory Damages**

i. Any punitive or exemplary damages. However, if a lawsuit is filed against the insured which alleges both compensatory and punitive/exemplary damages, we will defend the entire lawsuit with the understanding that we will pay only the covered compensatory damages; and

ii. Any fines or penalties.

m. **Owned or Rented Property**

Any liability arising from "property damage" to property owned, rented or leased by the insured.

n. **Pollutants**

i. Damages which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, release or escape of pollutants at any time.

ii. Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of pollutants.

iii. Pollutants means one or more solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

Policy No. 6678615

Agent No. 0010058

iv. This exclusion does not apply to damages caused by heat, smoke or fumes from a hostile fire:

(1) At or from premises you own, rent or occupy; or

(2) At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the pollutants are brought on or to the site or location in connection with such operations.

As used here, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

o. **Prior Acts**

Any liability arising from negligent acts, errors, omissions or defect that were committed or existed prior to the Retroactive Date shown in the Schedule.

p. **Prior to Completion**

Any damages before you have completed your work. Your work will be deemed completed at the earliest of the following times:

i. When all the work called for in your contract or work order has been completed,

ii. When all of the work to be done at the jobsite has been completed if your contract calls for work at more than one jobsite,

iii. When that part of the work done at a jobsite has been put to is intended use by any person or organization other than another contractor or subcontractor working on the same project. Work that may need service, maintenance, correction, repair or replacement, will be treated as completed.

q. **Products**

Any liability arising from "property damage" to products that are still in your physical possession.

r. **Professional Liability**

i. Any liability arising out of the rendering or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations

(1) Providing engineering, architectural or surveying services to others; and

(2) Providing or hiring independent professionals to provide engineering, architectural or surveying services in connection with construction work you perform.

ii. Subject to iii. Below, professional services include:

(1) The preparing, approving or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders or drawings and specifications; and

(2) Supervisory or inspection activities performed as part of any related architectural or engineering activities.

iii. Professional services do not include services with construction means, methods, techniques, sequences and procedures employed by you in connection with construction work you perform.

s. **Profit**

Your loss of profit or expected profit.

t. **Related Enterprises**

For claims made against the insured by a business enterprise (or its assignees) which is wholly or partly owned operated or managed by the insured or which has directly or indirectly an interest in the ownership or management of the named insured.

For claims made against the insured arising out of services performed by or on behalf of a joint venture.

u. **Right of Action**

Any liability arising from "claims" or "suits" where the right of action against the insured has been relinquished or waived.

v. **Subcontracted Work**

Any liability for "property damage" to "your work" if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

w. **Substitution**

A decision to substitute a material or product for one specified on blueprints, work orders, contracts, or engineering specifications unless there has been written authorization.

3. **Supplemental Payments**

In addition to 5. Limits of Insurance we will also pay:

a. Premiums on appeal bonds in any suit we defend and agree to appeal. We do not have to furnish these bonds.

b. Premiums on bonds to release attachments in a suit we defend but only for bonds up to our Limit of Insurance. We do not have to furnish these bonds.

c. All interest accruing after the entry of a judgement in a suit we defend. Our duty to pay interest ends when we pay or tender our Limit of Insurance

d. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

4. **Who Is An Insured**

If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insured, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insured, but only with respect their duties as your officers or directors. Your stockholder are also insured, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

5. **Limit of Insurance**

a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

   i. Insureds;

   ii. Claims made or "suits" brought; or

   iii. Persons or organizations making claims or bringing "suits".

b. The Annual Aggregate Limit shown in the Schedule is the most we will pay for the sum of all "claims" made during the policy period including "defense expenses".

c. Subject to the Annual Aggregate Limit, the Each Claim Limit shown in the Schedule is the most we will pay for damages for any one "claim" including "defense expenses". Any related "claim" resulting from any one negligent act, error or omission or defect will be considered one "claim".

d. We will pay:

   i. If you made the repairs, 80% of:

      (1) Your normal and customary labor charges; and

      (2) Your retail cost of materials.

   ii. If the repairs are made by others, the actual cost of repairs.

e. For errors in contract or job specifications or in recommendations of products and materials to be used, this endorsement will not pay for additional costs of products and materials to be used that would not have been incurred had the correct recommendation or specifications been made.

6. **Deductible Clause**

a. A mandatory deductible will apply to each claim payable under this endorsement. The applicable deductible is shown in the Schedule.

b. Our obligation to pay damages on your behalf applies only to the amount of damage in excess of the deductible amount stated in the Schedule. The limit of insurance will not be reduced by the application of deductible.

c. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

7. **Extended Reporting Period**

a. You have the right to the Extended Reporting Periods described below if coverage is cancelled for any reason other than non-payment of premium. Once in effect, extended reporting periods may not be terminated. Claims must be reported to us prior to the expiration of the extended reporting period.

   i. An automatic 30-day extended reporting period will apply; and

   ii. A 12-month extended reporting period may be purchased for an additional charge. You must pay the required additional premium within 60 days after the expiration date of this coverage.

b. Extended reporting periods apply solely to claims arising out of errors, omissions or negligent acts first committed or defects which existed prior to the end of the coverage period stated in the Declarations.

c. Extended reporting periods do not extend the coverage period or change the scope of coverage provided.

8. **Conditions**

a. Notice of Claim or Suit

   You must notify us or our agent as soon as possible when you receive information as to your alleged error, omission, negligent act or a defect. You must also give us full particulars of any claim arising therefrom. You must immediately forward to us every summons or other process received by you.

b. Assistance and Cooperation of the Insured

You and any other insured, must cooperate with us and, upon our request, attend hearings and trials and assist in effective settlements, securing and giving evidence, and obtaining the attendance of witnesses in the conduct of suits. You and other insured must not voluntarily make any payment, assume any obligation or incur any expense except at your or the other insured's own cost.

We may pay all or part of any damages to effect settlement of a claim or suit.

9. **Other Insurance**

This insurance does not apply to a claim or any part of a claim if there is other valid and collectible insurance available to the insured. Performance bonds shall not be considered insurance available to the insured. However, if there is other errors and omissions insurance, we will pay only our share of the payments we owe under this endorsement. Our share is the proportion that the limit of this coverage to the total of the limits of all such policies.

10. **Transfer of Rights of Recovery Against Other to Us**

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after the loss or damage to impair them.

11. **Changes**

This endorsement contains all the agreements between you and us. Its terms may not be changed or waived except by us.

Our agent's knowledge will be considered our knowledge. If before a claim is made or suit is brought, our agent knows something which violates a coverage condition, this will not void the coverage or defeat a recovery for a claim.

12. **Transfer of Your Interest in This Endorsement**

Your rights and duties under this endorsement may not be assigned without our written consent.

13. **Definitions**

a. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition;

   i. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   ii. Regarding web sites, only that part of a web site that is about your goods, products or service for the purposes of attracting customers or supporters is considered an advertisement.

b. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

c. "Claims" means a demand or "suit" which seeks money damages, including consequential resulting loss, for:

   i. "Property damage" to "your product";

   ii. "Property damage" to "your work";

   iii. "Property damage" to "impaired property"; or

   iv. Loss, cost or expense for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of;

     (1) "Your product";

     (2) "Your work"; or

     (3) "Impaired property"; if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it. However, this does not include "normal or customary adjustments" to "your product" or "your work" after installation; caused by faulty workmanship, material or design.

d. "Defense expense" means reasonable and necessary expenses that result from the investigation, settlement, or defense of a specific claim, including;

   i. Attorney and paralegal fees and expenses;

   ii. Costs of legal proceedings;

   iii. Costs taxed against any insured in a suit; and

   iv. Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or suit.

   "Defense expense" does not include salaries and expenses of our employees, including employed attorneys, salaries and expenses of the insured's employees, fees and expenses of independent adjusters we hire, and expenses specifically provided for under C. Supplemental Payments.

e. "Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, including systems and applications, software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media as used with electronically controlled equipment.

f. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   i. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   ii. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

g. "Normal and customary adjustments" means those operations and expenses routinely engaged in or incurred after the installation of "your work" or "your product" to render it fully functional and /or efficient and anticipated in your installation contract.

h. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   i. False arrest, detention or imprisonment;

   ii. Malicious prosecution;

Policy No. 6678615                                                                                      Agent No. 0010058

     iii. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

     iv. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

     v. Oral or written publication, in any manner, of material that violates a person's right to privacy;

     vi. The use of another's advertising idea in your "advertisement"; or

     vii. Infringing upon another's copyright, trade dress or slogan in your 'advertisement".

i. "Property damage" means:

     i. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

     ii. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the incident that caused it.

For the purposes of this insurance, electronic data is not tangible property.

j. "Suit" means a civil proceeding in which money damages because of "claims" to which this insurance applies are alleged. "Suit" includes:

     i. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

     ii. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent; or

     iii. An appeal of a civil proceeding.

k. "Your product"

     i. Means

       (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by;

         (a) You;

         (b) Other trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

       (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

     ii. Includes:

       (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product" and

       (2) The providing of or failure to provide warnings or instructions.

     iii. Does not include vending machines or other property rented to or located for the use of others but not sold.

l. "Your work":

     i. Means:

       (1) Work or operations performed by you or on your behalf; and

       (2) Materials, parts or equipment furnished in connection with such work or operations.

     ii. Includes:

       (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

       (2) The providing of or failure to provide warnings or instructions.

Policy No. 6678615                                                              Agent No. 0010058

# CONTRACTORS LIABILITY PREMIER
# ENDORSEMENT COVERAGE SCHEDULE

This Schedule is used in conjunction with the Commercial General Liability Coverage Part Declarations when the Commercial General Liability Coverage Part includes the Contractors Liability Premier Endorsement. This Schedule supplements the Commercial General Liability Coverage Part Declarations.

## SECTION 1 - ADDITIONAL INSURED COVERAGES

| | |
|---|---|
| Broad Form Vendors | Page 1 |
| Controlling Interest | Page 2 |
| Co-owners Of Insured Premises | Page 2 |
| Grantor Of Franchise | Page 2 |
| Grantor Of Licenses | Page 2 |
| Owners Or Other Interests From Whom Land Has Been Leased | Page 2 |
| Lessor Of Leased Equipment | Page 2 |
| Manager Of Lessors Of Premises | Page 2 |
| Mortgagee, Assignee Or Receiver | Page 2 |
| State Or Governmental Agency Or Subdivision Or Political Subdivision | Page 3 |
| Architect, Engineer Or Surveyor Engaged By You | Page 3 |
| Architect, Engineer Or Surveyor Not Engaged By You | Page 3 |
| Concessionaires | Page 3 |
| Owners, Lessees or contractors - Automatic Status When Required in Construction Agreement with You (Including Other Parties and Products-Completed Operations) | Page 3 |
| Primary and Noncontributory Insurance | Page 4 |
| Waiver Of Transfer Of Rights Of Recovery Against Others To Us | Page 4 |

## SECTION 2 – COVERAGE EXTENSIONS

| | |
|---|---|
| Bodily Injury - Expanded definition | Page 4 |
| Personal and Advertising Injury - Broadened | Page 4 |
| Amendment -- Aggregate Limits Of Insurance | Page 5 |
| Borrowed Equipment | Page 5 |
| Duties in the Event of Occurrence, Claim or Suit | Page 5 |
| Unintentional Failure To Disclose Hazards | Page 5 |
| Damage To Premises Rented To You - Expanded Coverage | Page 6 |
| Health Care Services | Page 6 |
| Medical Payments $10,000 | Page 6 |
| Mobile Equipment | Page 7 |
| Newly Formed Or Acquired Organization | Page 7 |
| Extended Non-Owned Watercraft up to 76 feet | Page 7 |
| Supplementary Payments (Bail Bonds $5,000 / Loss of Earning $1,000) | Page 7 |
| Liberalization Provision | Page 7 |
| Extended Contractual Liability - Railroad Property | Page 7 |
| Extended Property Damage to Alienated Premises | Page 7 |
| Expanded Definition of Pollution | Page 7 |

Policy No. 6678615

Agent No. 0010058

## SECTION 3 - ADDITIONAL COVERAGES

**Electronic Data Liability**                                                                    **Page 8**

| Schedule of Limits | | | |
|---|---|---|---|
| Each Occurrence Limit | $100,000 | Annual Aggregate Limit | $100,000 |

**Limited Coverage For Designated Unmanned Aircraft**                        **Page 9**

| Description of Unmanned Aircraft |
|---|
| Unmanned aerial vehicles remotely controlled by an FAA-Certified remote pilot for commercial operations. |
| Unmanned aerial vehicles must also be registered for use with the FAA. |

| Description of Operation(s) |
|---|
| Aerial construction site photography |

| Limit of Insurance |
|---|
| Unmanned Aircraft Liability Aggregate Limit : $25,000 |

**Voluntary Property Damage Expense Coverage**                              **Page 10**

| Schedule of Limits | | | |
|---|---|---|---|
| Each Occurrence Limit | $50,000 | Annual Aggregate Limit | $50,000 |

**Limited Product Withdrawal Expense Coverage**                             **Page 11**

| Schedule of Limits | | | |
|---|---|---|---|
| Annual Aggregate Limit | $100,000 | Deductible | $2,500 |
| Participation Percentage | 20% | | |

**Employee Benefits Liability Coverage**                                    **Page 14**

| Schedule of Limits | | | |
|---|---|---|---|
| Each Employee Limit | $1,000,000 | Annual Aggregate Limit | $3,000,000 |
| Deductible | $1,000 | | |

Policy No. 6678615                                                    Agent No. 0010058

---

**SECTION 4 - OPTIONAL COVERAGES**

---

Optional Coverages are included if the box is checked. If shown as included in the Schedule of Coverages below, the following Optional Coverages are further modified by the terms, exclusions, and conditions applicable to the Commercial General Liability Coverage.

☐  **Hired and Non - Owned Auto Liability Coverage**                    **Page 18**

| Schedule of Limits |
| --- |
| Limit $1,000,000 |

☐  **Limited Work Site Pollution Liability**                    **Page 20**

| Schedule of Limits | |
| --- | --- |
| Each Occurrence Limit | Annual Aggregate Limit |
| Deductible    $1,000 | |

☐  **Contractors Errors and Omissions Claims-Made Coverage**                    **Page 23**

| Schedule of Limits | | |
| --- | --- | --- |
| Each Claim    $ | Annual Aggregate Limit    $ | |
| Deductible    $1,000 | Retro-Active Date | |
| 12 - Month Extended Reporting Period Option | ☐  Yes  ☐  No    From | To |

Policy No. 6678615

Agent No. 0010058

## Your General Liability Policy is Subject to Audit

**AUDITS ARE NECESSARY AND IMPORTANT**

The Company's role is to provide your business with quality insurance protection at a fair price. To determine a premium for Commercial Liability exposure, we measure (audit) the rating base (payroll, sales, total cost, number of employees, etc.) for computing your premium at the end of the policy term. Audits assure you will only pay premium for your actual business operation exposure to loss.

Examination of your records is a necessary part of determining the correct and fair premium for your insurance needs. A representative of the Company will make arrangements to review your accounting records. With your cooperation, the audit will be conducted quickly and with little disruption to your business routine.

**ESTIMATED VS. AUDITED PREMIUM**

When you purchase a Commercial Liability policy, **the initial premium is based on your best estimate of the rating base (payroll, sales, total cost, number of employees etc.) for the policy term.** At the end of your policy term, we perform an audit to determine the final premium by comparing your estimated rating base to your actual rating base. (A minimum payroll may apply in some situations). The audit additional or return premium will be applied to any open balance on your account.

**RECORD KEEPING**

The audit is relatively simple. Records needed may include: Employers Quarterly Federal Tax Returns Form 941, State Quarterly Tax Returns, W-2's, wage detail reports/journals, the general ledger, and sales journals. Information collected from these records may include:

* **Sales/Receipts:**
    The gross amount charged by you for:
    * All goods or products sold or distributed
    * Operations performed during the policy period
    * Rentals
    * Dues or fees
* **Payroll**:
    * Employee salaries, gross wages, commissions and bonuses (Premium portion of overtime pay is excluded if identified in records. Example: Time-and-a-half -- deduct 1/3 of total overtime pay.)
    * Holidays, vacations and sick pay
    * Payments for piecework, profit sharing or incentive plans
    * Meals, lodging, merchandise, or any other gift, perk, or presentation that can be construed as pay
    * Payroll of leased workers (whether or not the labor leasing firm provides a general liability certificate of insurance)

Your cooperation in providing the auditor with these records will speed up the audit process.

* **Number of Employees**
    Your documentation should include all individuals actively employed during the policy term. Hire and termination dates may be required.
* **Total Cost**
    The total of all labor, material, and equipment furnished, used or delivered for use in the execution of the work.
* **Job Descriptions**
    Classification of employees is based on the work they perform on a daily, weekly and monthly basis.

**OTHERS YOU HIRE (Definition and Insurance Coverage Required)**

* **Temporary Labor (Subcontractors)** are individuals or business firms contracted to perform part or all of the job undertaken by you. You should require temporary labor to supply you with evidence of General Liability insurance coverage (Certificates of Insurance or a copy of their General Liability Insurance policy) before they start to work for you.

    * Insured Temporary Labor are included at total cost of all work let or sublet. Coverage protects you from vicarious liability arising out of torts, negligent hiring of incompetent temporary laborers, or when the temporary laborer does not have adequate coverage limits.

    * Uninsured Temporary Labor - A temporary laborer without insurance is charged based on the type of work performed. Uninsured temporary laborers are charged at total cost unless the records clearly show a separation for labor and materials. We will then exclude the material cost and the amount for labor is charged.

    * Casual Labor - Employment that is casual and not in the usual course of trade, business, profession or occupation of the employer. It is characterized as irregular, unpredictable, sporadic and brief in nature.

FM-626-GL(07-08)

Policy No. 6678615

Agent No. 0010058



## SAFETY SERVICE – LOSS CONTROL

**We go above and beyond to help our customers avoid losses in the first place.**

At Frankenmuth Insurance, we don't just take pride in protecting businesses. We take pride in the way we're able to protect the business owners, too. Of course we offer the basics - Property insurance, Workers Compensation, Commercial Auto insurance and Umbrella insurance. But we also offer the little extras that help businesses run smoother during the workday, and business owners sleep sounder during the night.

Within our Loss Control program, we offer access to loss control consultants who can:

- Identify hazards and perform loss analysis
- Evaluate existing safety programs
- Recommend ways to make your business safer

We also provide an array of services and customized plans for your client's risk management needs:

- No-cost safety training with streaming online videos, PowerPoints and quizzes
- Workplace assessments to identify job hazards
- Development of individual risk management strategies for each location
- Lead and support safety meetings
- Risk control recommendations
- Safety programs audits/reviews
- Mock OSHA inspections
- Hazard evaluations surveys and jobsite visits
- Lifting injury reductions programs
- Development of safety behavior programs
- Competent fall protection training
- Risk transfer seminars
- Safety committee development and support
- Development of risk management action plans and more

**Ready to have a frank conversation? Contact Michael Lightsey, our Technical Coordinator, today.**

**Michael Lightsey,**
**Technical Coordinator, Loss Control**
michael.lightsey@fmins.com
989.652.6121 x 4240

FM-1408 (Ed. 03-18)