FILED
2024 Aug-30 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANKENMUTH INSURANCE COMPANY,** an insurance company, | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **CIVIL ACTION NO.: 2:24-CV-00613-LSC** |
| **CECIL WAYNE SANFORD, STONE POINTE BUILDERS, LLC;** | ) ) ) | |
| **Defendants.** | ) | |

## FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

EXHIBIT E– MURRAY COMPLAINT

## IN THE CIVIL DIVISION OF THE CIRCUIT COURT OF
## BLOUNT COUNTY ALABAMA

**DARRIAN MURRAY and
HEATHER MURRAY,**
        Plaintiffs,

    v.

**STONE POINTE BUILDERS, LLC,**
        Defendant.

Case No.: CV-2023-_____

**COMPLAINT**

Come now Darrian Murray and Heather Murray, hereinafter referred to as the "Plaintiffs", and brings this complaint against Stone Pointe Builders, hereinafter referred to as the "Defendant," and would show unto this Honorable Court the following:

### PARTIES

1.     The Plaintiffs, Darrian Murray and Heather Murray, are individuals over the age of nineteen years of age, and are residences of Blount County, Alabama.

2.     Upon the information and belief of the Plaintiffs, the Defendant, Stone Pointe Builders, LLC is an Alabama LLC doing business in Blount County, Alabama and who is in the business of providing contractor/construction services.

### JURISDICTION AND VENUE

3.     The property and actions made basis of this Complaint occurred or are located in Blount County, Alabama.

4.     All facts and events made the basis of this suit occurred in Blount County, and the amount in controversy exceeds $25,000.00, exclusive of costs and interest.

### FACTS

5.     On or about September 27, 2021, the Plaintiffs entered into a contract with the Defendant to perform improvements to the Plaintiff's residence located at 2454 Red Hill School Rd. Hayden, AL 35079. (See Exhibit "I").

6.     That on or about September 23, 2021, the Defendant's provided an estimate to the Plaintiffs. The estimate outlined the work to be performed by the contractor and the approximate cost of said work. (See Exhibit "A").

Josh O'Neal & Associates
200 2ⁿᵈ Avenue SE, Cullman, AL. 35055
(256)620-0007

7.     That the Plaintiffs were to pay a deposit in the amount of $34,851.30 and then pay each invoice as it becomes due up to the amount of the initial deposit.

8.     That on or about September 27, 2021, the Plaintiffs paid a deposit to Stone Pointe Builders, LLC in the amount of $34,851.30. (See attached Exhibit "B").

9.     That on or about October 12, 2021, Stone Pointe Builders, LLC submitted an invoice to the Plaintiffs in the amount of $4,000.00 and the Plaintiffs paid the invoice in full. (See attached Exhibit "C").

10.    That on or about October 21, 2021, Stone Pointe Builders, LLC submitted an invoice to the Plaintiffs in the amount of $5,500.00 and on the Plaintiff paid the invoice in full. (See attached Exhibit "D").

11.    That on or about December 21, 2021, Stone Pointe Builders, LLC submitted an invoice to the Plaintiffs in the amount of $5,200.00 and on December 22, 2021, the Plaintiffs paid the invoice in full. (See attached Exhibit "E").

12.    That on or about December 21, 2021, Stone Pointe Builders, LLC submitted an additional invoice to the Plaintiffs in the amount of $2,800.00 and on December 22, 2021, the Plaintiffs paid the invoice in full. (See attached Exhibit "F").

13.    That on or about December 28, 2021, the Plaintiffs paid the sum of $7,500.00 to Stone Pointe Builders, LLC in advance of the invoice dated January 27, 2022. (See attached Exhibit "G").

14.    That in sum, the Plaintiffs have paid the sum of $52,351.30 including the deposit and an additional $25,000.00 paid to satisfy the invoices.

15.    That at the time of the filing of this action, the Plaintiffs have paid all invoices due and an additional $34,851.30.

16.    That the Plaintiffs have attempted to contact the Defendant to resolve these issues however, the Defendant has failed and/or otherwise refused to respond to the Plaintiffs.

## COUNT I

## BREACH OF CONTRACT

17.    The allegations set forth in the preceding paragraphs are realleged and incorporated by reference as if fully set forth herein.

18.    That the Defendant provided an estimate for the work to be done and forwarded an invoice for the deposit.

19.    That the Plaintiffs accepted the estimate by tendering payment for the invoice. (See Exhibit "B").

20.    That the Defendant began work in accordance with the estimate and continued to forward invoices to the Plaintiffs for labor and/or materials.

21.    That the Plaintiffs satisfied their obligations under the "contract" by paying all invoices due.

22.    That despite the Plaintiffs performing their part of the contract and paying the deposit and invoices due, the Defendant has failed to perform the agreed upon work.

23.    That as of the date of the filing of this action, the Defendant has not completed the work paid for by the Plaintiffs.

24.    The Plaintiffs allege that the Contractor breached the Contract by, among other ways:

        a.    Failing to complete the work in a workmanlike manner;

        b.    Failing to complete the work in a timely manner;

        c.    Failing to coordinate the work of subcontractors;

        d.    Failing to make payments to its suppliers and subcontractors for materials and/or labor;

        e.    Failing to indemnify Owner from all claims arising from the misconduct of Contractor;

        f.    Failing to supervise and direct the work of subcontractors;

        g.    Failing to maintain a clean and orderly worksite at all times; and

h.      Failing to remove or bond immediately any and all liens on the Project for materials, labor or services furnished by Contractor's subcontractors or material suppliers.

25.      That due to the Defendant's failure to perform the agreed upon work, the Plaintiffs have incurred additional costs including but not limited to the cost of renting storage units.

26.      Further, on or about February 18, 2022, the Defendant forwarded a Notice of intent to claim lien on real property. (See attached Exhibit "H").

27.      That Builders FirstSource/Stone Pointe Builders, LLC alleged that the Plaintiffs had failed to pay the sum of $3,545.89 for labor and materials.

28.      That due to the Defendant's breach of contract, the Plaintiffs have incurred costs including but not limited to costs associated with the filing of this action and attorney's fees.

29.      As a direct and proximate result of these breaches of the Contract, the Plaintiffs have been damaged in an actual and estimated amount well in excess of $52,351.30, exclusive of interest and costs.

WHEREFORE, the Plaintiffs pray for entry of a judgment in its favor and against Contractor in an amount in excess of $52,351.30, plus storage fees incurred, exclusive of interest and costs, as such amount may be proved at the time of trial, together with interest, costs, attorneys' fees, and such other and further relief as the Court may deem appropriate.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demands a trial by jury with respect to all issues raised in this action.

Darrian Murray

Heather Murray

I, the undersigned, a Notary Public in and for the State of Alabama at Large, hereby certify that Darrian Murray and Heather Murray, whose names are signed to the foregoing verified petition for immediate relief, and who is known to me, acknowledged before me on this day that, being informed of the contents of this pleading, they executed the same voluntarily on the day the same bears date.

Given under my hand and official seal on this the 1st day of February 2023.

Notary Public
My Commission Expires: 5-25-25

Respectfully Submitted.

/s/*Michael R. Burleson*
Michael R. Burleson (BUR184)
200 2nd Avenue SE
Cullman, AL 35055
Phone: (256) 620-0007
E-mail: mburleson@joshoneallaw.com

/s/ *Michael L. Thornton*
Michael L. Thornton (THO228)
200 2nd Avenue SE
Cullman, AL 35055
Phone: (256) 620-0007
E-mail: mburleson@joshoneallaw.com

## DEFENDANT TO BE SERVED BY SHERIFF

## DEFENDANT'S ADDRESS
Stone Pointe Builders, LLC
905 Forestdale Blvd
Birmingham, AL 35214

EXHIBIT "A"



**Stone Pointe Builders**
905 Forestdale Blvd
Birmingham, AL 35214 US
contact@stonepointebuildersllc.com
www.stonepointebuildersllc.com

## Estimate





| ADDRESS | SHIP TO |
|---------|---------|
| Darrian Murray | Darrian Murray |
| 2454 Red Hill School Rd. | 2454 Red Hill School Rd. |
| Hayden, AL 35079 | Hayden, AL 35079 |



| ESTIMATE | DATE |
|----------|------|
| 1148 | 09/23/2021 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Framing | | | | 6,500.00 |
| | 15 HVAC | Basement 2200SF | | | 12,000.00 |
| | 19 Ceilings & Cover | Ceiling tile | | | 9,000.00 |
| | Electrical | Electrical (5 rooms) (light switch) | | | 5,500.00 |
| | Electrical | add 5 lights (150.00 ea) | | | 750.00 |
| | Electrical | plugs & registers | | | 575.00 |
| | Sheetrock | Prime sheetrock | | | 600.00 |
| | Sheetrock | Sheetrock | | | 9,500.00 |
| | 24 Paint | Painting | | | 5,300.00 |
| | 12 Doors & Trim | Doors & Trim | | | 5,100.00 |
| | Block work | Treat block | | | 3,800.00 |
| | Electrical fixtures | Smoke detectors | | | 350.00 |
| | Storm Shelter | storm room | | | 9,500.00 |
| | 24 Paint | Shelving and paint | | | 1,800.00 |
| | Shelving | Desktop w/ supports | | | 625.00 |
| | 12 Doors & Trim | Doors & Trim material and labor | | | 5,200.00 |
| | 21 Cabinets & Vanities | laundry cabinets | | | 400.00 |
| | Flooring | | | | 4,200.00 |
| | Countertops | granite | | | 2,700.00 |
| | 10.1 Gutters | caps | | | 2,500.00 |
| | 10 Exterior Trim & Decks | Decks, demo & haul | | | 8,200.00 |
| | shower glass | | | | 2,500.00 |

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007



| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Electrical | exhaust fans | | | 350.00 |
| | Demo | 1/2 bath | | | 500.00 |
| | 17 Insulation | Insulation | | | 300.00 |
| | Attic | pull down attic | | | 500.00 |
| | O&P | Overhead and Profit (18%) | | | 17,721.00 |
| | | | | TOTAL | $116,171.00 |

Accepted By                               Accepted Date



**Stone Pointe Builders**
905 Forestdale Blvd
Birmingham, AL 35214 US
contact@stonepointebuildersllc.com
www.stonepointebuildersllc.com

# Invoice



| BILL TO | SHIP TO |
|---------|---------|
| Darrian Murray | Darrian Murray |
| 2454 Red Hill School Rd. | 2454 Red Hill School Rd. |
| Hayden, AL 35079 | Hayden, AL 35079 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 723 | 10/12/2021 | $0.00 | 10/12/2021 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | 4 Const. Draw: | Framing | 1 | 4,000.00 | 4,000.00 |

PAID

PAYMENT 4,000.00

BALANCE DUE **$0.00**

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

**Stone Pointe Builders**
905 Forestdale Blvd
Birmingham, AL 35214 US
contact@stonepointebuildersllc.com
www.stonepointebuildersllc.com

# Invoice



| BILL TO | SHIP TO |
| --- | --- |
| Darrian Murray | Darrian Murray |
| 2454 Red Hill School Rd. | 2454 Red Hill School Rd. |
| Hayden, AL 35079 | Hayden, AL 35079 |

| INVOICE | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 729 | 10/21/2021 | $0.00 | 10/21/2021 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Const. Draw | Electrical (5 rooms) (light switch) | 1 | 5,500.00 | 5,500.00 |
| | | PAYMENT | | | 5,500.00 |
| | | BALANCE DUE | | | **$0.00** |

**Stone Pointe Builders**
905 Forestdale Blvd
Birmingham, AL 35214 US
contact@stonepointebuilderslic.com
www.stonepointebuilderslic.com

# Invoice

| BILL TO | SHIP TO |
|---------|---------|
| Darrian Murray | Darrian Murray |
| 2454 Red Hill School Rd. | 2454 Red Hill School Rd. |
| Hayden, AL  35079 | Hayden, AL  35079 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|-----------|------|-----------|----------|-------|----------|
| 766 | 12/21/2021 | $5,200.00 | 12/21/2021 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | Const. Draw | Decks, Demo, and Haul | 1 | 5,200.00 | 5,200.00 |

**BALANCE DUE**   **$5,200.00**

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

 **quickbooks.**

Payment receipt

# You paid $5,200.00

to Stone Pointe Builders on December 22, 2021

| | |
|---|---|
| Invoice no. | 766 |
| Invoice amount | $5,200.00 |
| Total | $5,200.00 |

| | |
|---|---|
| Payment method | VISA****1209 |
| Authorization ID | MU0052493817 |

Thank you



Stone Pointe Builders

2055385551

www.stonepointebuildersllc.com
contact@stonepointebuildersllc.com
905 Forestdale Blvd, Birmingham, AL 35214

**Stone Pointe Builders**
905 Forestdale Blvd
Birmingham, AL 35214 US
contact@stonepointebuildersllc.com
www.stonepointebuildersllc.com

## Invoice



| BILL TO | SHIP TO |
|---|---|
| Damian Murray | Damian Murray |
| 2454 Red Hill School Rd. | 2454 Red Hill School Rd. |
| Hayden, AL 35079 | Hayden, AL 35079 |

| INVOICE | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 785 | 12/21/2021 | $2,800.00 | 12/21/2021 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Const. Draw | Treat Block | 1 | 2,800.00 | 2,800.00 |

**BALANCE DUE**     **$2,800.00**

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

 **quickbooks.**

Payment receipt

# You paid $2,800.00

to Stone Pointe Builders on December 22, 2021

| | |
|---|---|
| Invoice no. | 765 |
| Invoice amount | $2,800.00 |
| Total | $2,800.00 |
| | |
| Payment method | VISA****1209 |
| Authorization ID | MU0052492880 |

Thank you

Stone Pointe Builders

2055385551

www.stonepointebuildersllc.com |
contact@stonepointebuildersllc.com
905 Forestdale Blvd, Birmingham, AL 35214

---

Josh O'Neal & Associates
200 2ⁿᵈ Avenue SE, Cullman, AL. 35055
(256)620-0007

**Stone Pointe Builders**
905 Forestdale Blvd
Birmingham, AL 35214 US
contact@stonepointebuildersllc.com
www.stonepointebuildersllc.com

## Invoice



| BILL TO | SHIP TO |
|---|---|
| Damian Murray | Damian Murray |
| 2454 Red Hill School Rd. | 2454 Red Hill School Rd. |
| Hayden, AL 35079 | Hayden, AL 35079 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 768 | 01/27/2021 | $7,500.00 | 01/27/2021 | Due on receipt | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Const. Draw | Sheetrock | 1 | 7,500.00 | 7,500.00 |

**BALANCE DUE**                    **$7,500.00**

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007





Manage payment

✓ ## You paid $7500.00

to Stone Pointe Builders on 12/28/2021

## Payment details

| | |
|---|---|
| Invoice no. | 768 |
| Invoice amount | $7500.00 |
| Total amount | $7500.00 |
| | |
| Status | Paid |
| Payment method | VISA****i209 |
| Authorization ID | MU0053414738 |

Thank you,

Stone Pointe Builders
2055385551

---

Josh O'Neal & Associates
200 2ⁿᵈ Avenue SE, Cullman, AL. 35055
(256)620-0007



**BRUMLOW**
LEGAL GROUP
ATTORNEYS AND COUNSELORS AT LAW

137 Main Street • Suite 202 • Trussville, AL • 35173 • (205) 833-1303

MICHAEL KELLY
mkelly@brumlowlegal.com

February 18, 2022

## NOTICE OF INTENT TO CLAIM LIEN ON REAL PROPERTY

TO:  Heather Murray & Earnest Darrian Murray          Stone Pointe Builders, LLC
     2454 Red Hill School Road                        1068 Old Zion Loop
     Hayden, AL 35079                                 Nauvoo, AL 35578

Re:  Builders FirstSource / Stone Pointe Builders
     File no. 1237/030
     USPS Tracking: 9405 5118 9956 1236 1242 94

Take notice, that the undersigned, BUILDERS FIRSTSOURCE — SOUTHEAST GROUP, LLC claims a lien on the following property, to wit:

Commence at the SW corner of the SE ¼ of the NW 1/r of Section 12, Township 14 South, Range 4 West; thence run North 1 degree 24 minutes 45 seconds West along the West line thereof for 641.42 feet to a R/R spike found in the center of Red Hill School Road; thence run North 88 degrees 37 minutes 56 seconds East along the center of said road for 94.02 feet; thence run North 85 degrees 6 minutes 32 seconds East for 96.34 feet; thence run North 83 degrees 54 minutes 26 seconds East 85.00 feet; thence run North 84 degrees 73 minutes 39 seconds East for 53.73 feet, point of beginning; thence continue along the last described course and said road for 67.17 feet to a point of a curve to the left, having a central angle of 26 degrees 34 minutes 4 seconds, a radius of 368.21 feet and an arc length of 170.74 feet; thence run North 70 degrees 56 minutes 37 seconds East along chord of a curve for 169.21 feet; thence run South 32 degrees 20 minutes 25 seconds East leaving said road run for 388.93 feet; thence run South 76 degrees 22 minutes 7 seconds West for 494.84 feet; thence run North 6 degrees 51 minutes 16 seconds East for 385.98 feet to the point of beginning.
Address: 2454 Red Hill School Road, Hayden, AL 35079.

in the amount of $3,545.89, owed by Stone Pointe Builders, LLC, for labor and materials provided to Stone Pointe Builders, LLC for the improvement or betterment of the land herein described.

If you believe you have received this notice in error, or if you have paid all amounts prior to receipt of this notice, please call the above attorneys at (205) 833-1303.

Sincerely,

Michael Kelly

cc: Builders FirstSource — Southeast Group, LLC

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

Exhibit "I"

## Fixed Price Contract

### Construction Agreement

AGREEMENT between    Earnest Darrian Murray and Heather Murray

of    2454 Red Hill School Rd. Hayden, AL 35079

(herein "Owner"), and   Stone Pointe Builders LLC

of

(herein "Contractor"):

WHEREAS, Owner is the Owner of certain real property referred and/or described as follows:

2454 Red Hill School Rd. Hayden, AL 35079

(herein "the Property"); and

WHEREAS, Owner is desirous of remodeling    a residence on the Property (herein "Owner's Residence") and is furthermore desirous that Contractor remodel    Owner's Residence.

Now, THEREFORE, in consideration of the mutual promises contained herein, the parties agree as follows:

### SECTION ONE

### Description of Work

Contractor will remodel    Owner's residence according to the plans and specifications marked "Exhibit A:" attached hereto and incorporated herein by reference (such documents hereinafter referred to as the "Construction Documents"). Construction to be similar in workmanship and materials to house located at   2454 Red Hill School Rd. Hayden, AL 35079

*© BuilderBooks 2006*

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

*Fixed Price Contract* *Page 2 of 6*

## S E C T I O N   T W O

### Responsibility and Liability for Payment of Construction Costs and Fees to Contractor

Within _____TBD_____ ( _____ ) days after execution hereof Owner will provide Contractor, in a form satisfactory to Contractor, with such documents (including but not limited to loan commitments or financial information) as are reasonably necessary to assure Contractor that Owner has taken such steps as are reasonable to secure a sufficient and unconditional source of funds necessary to pay the construction costs and Owner will thereafter be responsible and liable for the prompt payment of all costs and fees in connection with the construction and completion of Owner's Residence as set forth herein.

## S E C T I O N   T H R E E

### Construction Costs

Contractor shall construct and owner shall pay total cost of construction of | 116,171.00 |

The total amount shall be paid as follows:

1. On the execution hereof                                           $ 34,851.30

   Payment of remaining balance will be drawn at the completion of each line item per exhibit A. (Estimate)

These progress payments (Exhibit A    ) shall be due and payable within ten (10) days after receipt by Owner of Contractor's written statement that the various enumerated phases of construction are complete.

## S E C T I O N   F O U R

### Discretionary Items

As part of Contractor's services rendered hereunder they shall notify Owner at least five (5)   days prior to the deadline for the selection of any fixtures, colors or materials or any items for which allowances are made in the Construction Documents and Owner shall indicate his selection or preference prior to the deadline date. It is the obligation of Owner to make selections of materials, colors and other selections in a timely manner, and Owner agrees to fully cooperate and make every reasonable effort to assist contractor. Delays caused by Owner through failure to make these selections are reasonable justification for delay in completion.

© *BuilderBooks 2006*

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

## SECTION FIVE

### Change Orders

The provisions as set out in the Construction Documents may be altered or amended only by agreement of Owner and Contractor for such changes. If Owner wishes to make any changes in the Residence after execution of this Agreement, Owner must first execute a "Change Order" or an addendum to this Agreement approved in writing by Contractor specifying the amount due and providing for the payment of any costs involved in such change.

## SECTION SIX

### Commencement and Completion of Construction

The Owner and Contractor will each expend their best efforts to effect the commencement of the construction of Owner's Residence no later than ___ Date will be determined by availability of and complete construction and have Owner's Residence ready for occupancy no later than materials and sub-contractors ___ days thereafter. Owner agrees that he will not occupy the residence, without the written consent of the Contractor, until all payments due and payable to Contractor and all subcontractors and suppliers under this Construction Agreement have been made.

Contractor is authorized to contact and work with Owner's architect and the non-cooperation of Owner's architect will be a cause for excused delay with no penalties to Contractor. Contractor is authorized to make direct contact with Owner's lender (financial institution) regarding the status of Owner's loan(s) used to pay construction costs.

## SECTION SEVEN

### Termination of Contractor

Owner may upon ten (10) days written notice terminate Contractor's services under this agreement in which event all costs due Contractor (as herein provided for) must be paid by Owner to Contractor on or prior to the effective date of the termination. Contractor may terminate this Agreement upon Owner's failure to pay any items listed on a request for payment within ten (10) days after submission and upon such termination all costs (as herein provided for) shall be paid to Contractor within five (5) days of such termination. Within ten (10) days of any termination of this Agreement by Owner or Contractor, Owner shall pay all construction costs (as defined in Section Three of this Agreement) that are due and payable as of termination, and Owner shall pay within 10 days of receipt of an invoice any other construction costs that were incurred prior to termination but were not billed as of the termination.

## SECTION EIGHT

### Allowances

The descriptions of all specific items to be included in the residence for which owner has a choice and the allowances for such specific items are to be included in the Construction Documents. If Owner exceeds the allowance set for each such item, Owner agrees to execute a written Change Order or an addendum to this Agreement whereby Owner agrees to pay such excess in cash upon Contractor's direction at any time and from time to time during construction.

*© BuilderBooks 2006*

---

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

Contractor may require payment of such excess directly to the Contractor or its subcontractors or material men. If Owner does not spend the allowance limit, Contractor will adjust the reduction at payment #8. No deviations in the Construction Documents shall be made unless Owner and Contractor execute a written Change Order adjusting the Construction Documents, allowances and purchase price.

### SECTION NINE

#### Other Provisions

(a)  This Agreement shall be deemed to be a (Insert State) agreement and shall be construed and constructed under the laws of that state.

(b)  This Agreement can be amended only by a writing by all parties hereto.

(c)  In the event of any conflict in the terms of this Agreement and any of Construction documents, the terms of this agreement shall control.

(d)  In the event one or more persons or entities are identified herein as Owners, then they shall be jointly and severally liable hereunder; and furthermore, the terms hereof shall bind the heirs, executors, successors, assigns and legal representatives of the parties hereto the signature of one Owner shall be binding on all Owners with respect to any changes in the contract documents.

(e)  Agreement shall be binding on the heirs, successors, and assigns of contractor.

(f)  Contractor warrants that the house will be substantially free from defects in workmanship and materials for one year. Other than those warranties provided by law, CONTRACTOR only provides a warranty that the house meets the standards of "Residential Construction Performance Guidelines Second Edition", copyright 2000, National Association of Homebuilders.

(g)  Owner and Contractor specifically acknowledge that radon and radon gases are naturally created and exist everywhere and that Contractor provides no warranty regarding radon presence.

(h)  Contractor agrees to maintain general liability and workman's compensation insurance during the term of contract of:

| General Liability | $1,000,000 |
| Worker's Compensation | statutory |

Owner agrees to maintain liability insurance for the property as deemed appropriate by Owner and construction lender.

(i)  Retainage is not a common practice in residential construction and is specifically NOT allowed.

(j)  Contractor is not liable for any sales commission relating to this contract or any sale/building agreement regarding the Owner's lot or property.

(k)  The parties understand that the price herein stated is predicated upon no undiggable rock or shale being encountered while excavating with a tracked front-end loader, grading or ditching, or any condition below the surface of the ground presenting unusual problems due to the presence of springs or other water streams, expenses for engineering reports, fill dirt requirements, poor soil condition, unknown or unstable soil conditions, or any substantial movement of earth to or from the Premises. Contractor agrees to notify Owner of said conditions prior to backfill of foundation or

*© BuilderBooks 2006*

Josh O'Neal & Associates
200 2nd Avenue SE, Cullman, AL. 35055
(256)620-0007

trenches, if they occur. In such event, a mutually agreed upon Change Order shall be executed to compensate for the direct and indirect time and material costs or out-of-pocket expense incurred by Contractor due to removal, grading, foundation work and fill dirt as a result of said conditions, if any.

(l) Owner agrees to permit Contractor to place signs on or about the premises during the course of construction and allow Contractor to show home to potential customers during the course of construction.

(m) Materials selected by Owner for the house must be obtained from Contractor's existing suppliers, be available for immediate installation, and be installed by Contractor or his employees, agents, contractors or subcontractors. Any deviation must be mutually approved by Owner and Contractor.

(n) Owner in executing and performing this contract does not rely upon any statement, report and/or information to whomsoever made or given, directly or indirectly, verbally or in writing, by Contractor or any other party, excepting any contractual agreement which had been agreed to and signed by both Owner and Contractor.

### SECTION TEN

#### Casualty Loss

If, before completion, a substantial portion of the improvements on the Premises are damaged by any casualty, including, without limitation, fire, lightning, or any causes that could be covered by what is known as "all risk" hazard insurance, Contractor shall complete the residence provided the possession date shall be appropriately extended.

### SECTION ELEVEN

#### Service and Attorney's Fees

Contractor may impose a service fee of 1.5% for any fees due contractor under section three not paid within the specified period(s) and an additional service fee of 1.5% for each 30 days elapsed thereafter. Owner recognizes that materials' suppliers and contractors working on the construction may also levy service or finance charges for failure to promptly pay invoices.

In the event of default on or material breach of this Agreement by either party, the non-breaching party shall be entitled to recover from the defaulting or breaching party its reasonable attorney's fees and costs expended in the enforcement of its rights hereunder.

### NOTICE TO OWNER

FAILURE OF CONTRACTOR TO PAY THOSE PERSONS SUPPLYING MATERIAL OR SERVICES TO COMPLETE THIS CONTRACT CAN RESULT IN THE FILING OF A MECHANICS LIEN ON THE PROPERTY WHICH IS THE SUBJECT OF THIS CONTRACT PURSUANT TO CHAPTER 429, RSMO. TO AVOID THIS RESULT, YOU MAY ASK THE CONTRACTORS FOR "LIEN WAIVERS" FROM ALL PERSONS SUPPLYING MATERIALS OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT. FAILURE TO SECURE LIEN WAIVERS MAY RESULT IN YOUR PAYING FOR LABOR AND MATERIAL TWICE.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION CLAUSE WHICH, IF ELECTED BY THE OWNER, MAY BE ENFORCED BY THE PARTIES.

© *BuilderBooks 2006*

Fixed Price Contract *Page 6 of 6*

## CONSENT OF OWNER

CONSENT IS HEREBY GIVEN FOR FILING OF MECHANIC'S LIENS BY ANY PERSON WHO SUPPLIES MATERIALS OR SERVICES FOR THE WORK DESCRIBED IN THIS CONTRACT ON THE PROPERTY ON WHICH IT IS LOCATED IF THEY ARE NOT PAID.

_____          By    _Stone Pointe Builders, LLC_
**Date**                              President

**CONTRACTOR**

_____                _Ernest Davian Murray_
**Date**                              Owner

                               _Heather Murray_
                               Owner

© *BuilderBooks 2006*

Josh O'Neal & Associates
200 2ⁿᵈ Avenue SE, Cullman, AL. 35055
(256)620-0007